IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, by and through their undersigned counsel, hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and preliminary injunction enjoining the enforcement of Defendant President Donald J. Trump's Executive Order entitled "Protecting the Meaning and Value of American Citizenship" (January 20, 2025). As set forth in the attached memorandum of law, the Executive Order violates the plain language of the Fourteenth Amendment and 8 U.S.C. § 1401(a) and conflicts directly with binding Supreme Court precedent. Plaintiffs respectfully request that this Court issue a temporary restraining order and preliminary injunction to prevent the imminent violation of Constitutional rights and prevent irreparable harm to Individual Plaintiffs, Organizational Plaintiffs' members, and their future children, and to maintain the status quo for babies being born within the United States to parents who are covered

1

by the Executive Order. In support of this motion, Plaintiffs submit the attached memorandum of law and accompanying exhibits.

Respectfully submitted this January 21, 2025,

| | |
|---|---|
| Nicholas Katz, Esq. (D. Md. 21920)<br>CASA, INC.<br>8151 15th Avenue<br>Hyattsville, MD 20783<br>240-491-5743<br>nkatz@wearecasa.org<br><br>Conchita Cruz*<br>Zachary Manfredi*<br>ASYLUM SEEKER ADVOCACY PROJECT<br>228 Park Ave. S., #84810<br>New York, NY 10003-1502<br>(646) 600-9910<br>conchita.cruz@asylumadvocacy.org<br>zachary.manfredi@asylumadvocacy.org | /s/Joseph W. Mead<br>Joseph W. Mead (D. Md. 22335)<br>Mary B. McCord (D. Md. 21998)<br>Rupa Bhattacharyya*<br>William Powell*<br>Alexandra Lichtenstein*<br>Gregory Briker*<br>INSTITUTE FOR CONSTITUTIONAL ADVOCACY<br>  AND PROTECTION<br>Georgetown University Law Center<br>600 New Jersey Ave., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 662-9765<br>Fax: (202) 661-6730<br>jm3468@georgetown.edu<br>mbm7@georgetown.edu<br>rb1796@georgetown.edu<br>whp25@georgetown.edu<br>arl48@georgetown.edu<br>gb954@georgetown.edu<br><br>*Attorneys for Plaintiffs* |

*Motion for admission pro hac vice forthcoming.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. There is currently no Counsel of Record for Defendants. I certify that I will serve the foregoing motion, the accompanying brief in support, and all exhibits, on Defendants.

*/s/ Joseph W. Mead*
Joseph W. Mead
