IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA, INC. *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

    *Defendants*.

Case No.: _____

## DECLARATION OF GEORGE ESCOBAR, CHIEF OF PROGRAMS AND SERVICES FOR CASA, INC.

I, George Escobar, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Chief of Programs and Services of CASA, Inc. ("CASA"). I have worked at CASA for fourteen years.

2. I make this statement based upon personal knowledge, files and documents of CASA that I have reviewed (such as case files, reports, and collected case metrics), as well as information supplied to me by employees of CASA whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting CASA business.

3. CASA is a nonprofit membership organization headquartered in Langley Park, Maryland, with offices in Maryland, Virginia, Pennsylvania, and Georgia.

4. Founded in 1985, CASA is the largest membership-based immigrant rights

organization in the mid-Atlantic region, with more than 175,000 lifetime members from across the United States. CASA's members are predominantly noncitizens in a variety of immigration statuses.

5. A CASA member is a person who shares CASA's values, envisions a future where we can achieve full human rights for all, and is convinced that, when united and organized, we can create a more just society by building power in our working-class and immigrant communities. CASA members play an important role in deciding what campaigns we work on and how CASA serves the community.

6. CASA membership is voluntary. In order to become a member, an individual must apply for membership, pay dues, and subscribe to the principles of CASA. CASA members also must self-identify as members of an immigrant or working-class community. Although CASA does not issue formal membership directly to individuals under 15 years of age, we routinely provide services to youth and families in a variety of areas described below.

7. Currently, the annual fee for CASA membership is $35. Alternatively, individuals may pay a recurring membership fee of $5 per month. The membership fee can be waived for individuals who experience financial hardship or are otherwise unable to pay. Members are also offered the opportunity, for an additional $5, to obtain a CASA ID. This is a physical, picture identification card that contains basic information about the member. For many of our immigrant members, this card may be the only type of picture identification they have, other than documents from their home country. In certain jurisdictions, CASA IDs are recognized for the purposes of engaging with certain government agencies, including the police.

8. CASA's mission is to create a more just society by building power and improving the quality of life in working-class Black, Latino/a/e, Afro-descendent, Indigenous, and

immigrant communities. From CASA's beginnings in a church basement, we have envisioned a future with diverse and thriving communities living free from discrimination and fear, working together with mutual respect to achieve human rights for all.

9. In furtherance of this mission, CASA offers a wide variety of social, health, job training, employment, and legal services to immigrant communities, with a particular focus in Maryland, Washington, D.C., Virginia, Pennsylvania, and Georgia. CASA also offers a more limited suite of services remotely to our members across the United States. Those individuals who are not geographically close to a physical CASA office are offered the opportunity to join a national organizing committee, whose members are entitled to vote on CASA's organizational priorities and integrated into our member-led system of internal democratic governance. CASA also conducts campaigns to inform members of immigrant communities of their rights and assists individuals in applying a variety of government benefits.

10. In my role as Chief of Programs and Services, I oversee CASA's portfolio of community-facing direct services, including its health, legal, and educational services; employment and workforce development programs; financial literacy and tax programs; and parent engagement programs. An important part of my role is to understand the needs and experiences of our members so that I can work with my staff to design appropriate interventions to address those needs. I therefore speak frequently with community members and receive feedback from my staff regarding CASA members' fears, concerns, and decisions.

11. Noncitizens residing in the United States who have already had children in this country and who plan to have more children while living in this country represent a substantial portion of our membership. We also have many members who have not yet had children born in the United States but who plan to have children while living in this country in the future.

12. Because of the services that we provide our members, we are acutely aware of the harms that ending birthright citizenship will cause to children born in the United States to noncitizen parents and to their entire families. The harm will be especially severe for noncitizen parents who rely on benefits to which their citizen children are entitled.

13. CASA operates a public benefits outreach and enrollment program that assists community members with understanding and enrolling in various government assistance and health insurance programs. CASA offers assistance with registration for government benefits such as the Supplemental Nutrition Assistance Program ("SNAP"), Temporary Assistance for Needy Families ("TANF"), Medicaid, and programs connected to the Affordable Care Act ("ACA"). Between our case management assistance, which connects members with social services to improve physical and mental health; our multilingual health hotline and medical interpreter program; and our comprehensive public benefits outreach and enrollment program, CASA is one of the leading and most trusted organizations providing health support to the immigrant community.

14. Here in Maryland, the CASA health team helps thousands of families and pregnant women navigate the Health and Human Services System each year. CASA also assists pregnant members in Maryland with accessing benefits under the State's Healthy Babies Equity Act, which was passed in 2022 after a CASA member-led campaign. This law mandated the Maryland Department of Health's Medical Assistance Program provide comprehensive prenatal and postpartum coverage to noncitizen pregnant Marylanders with income up to 250 percent of the federal poverty level who would otherwise be eligible for Medicaid but for their immigration status. The law went into effect July 1, 2023, and currently over 15,000 pregnant Marylanders have benefited from the program. Through CASA's advocacy on this particular issue and the

stories shared by our members during the associated campaign and subsequent legislative process, we became extremely familiar with the numerous challenges experienced by immigrant parents with mixed status households. CASA has assisted over 100 expectant parents apply for prenatal coverage, which was made possible by the Heathy Babies Equity Act. CASA has also helped many immigrant parents with follow up assistance postpartum, including helping the family secure their birth certificate, apply for a Social Security Card, US passport, etc. In part due to the availability of our services to expecting families, which aligns with our mission to empower low-income, predominantly immigrant communities, our membership includes many pregnant women who plan to deliver their babies in this country and who expect those babies to be citizens of this country.

15. Other states do not provide the same level of healthcare benefits to some families based on their immigration status. For example, in Virginia, a child without lawful status is not eligible for health care coverage. Therefore, we partner with medical providers like Kaiser and Advanced Ophthalmology to offer free medical services to members in Virginia. We also host vaccine clinics, support the work of local food pantries, and provide clothing vouchers for eligible members through Goodwill's Good Samaritan program.

16. Many of our members who are parents seek our help with enrolling their citizen children in public benefits to which they are entitled. For many of our low-income members, the ability to enroll citizen children in public benefit programs is an essential lifeline that keeps their families afloat.

17. Medicaid and ACA enrollment are of especially great interest to our members. The number one advocacy and service provision priority for our members has always been access to healthcare. Over the last 18 months (July 2023 through December 2024), we have

provided 134, 294 services to 54,031 individuals including assisting: 4,953 CASA members with navigating and enrolling into a public benefit or social service they are eligible to receive; 2,100 members with getting enrolled in an ESOL or accredited vocational training course; 2,174 members in applying for citizenship; and 3,528 members with a legal consult on a housing, employment, or immigration matter. We also provided assistance to 2,354 individuals with navigating the process of enrolling in an ACA Qualified Health Plan, Medicaid, or CHIP coverage option.

18. Eliminating birthright citizenship would cut off access to these programs for the children of many of our members. As citizens by birth, children born in this country are immediately eligible for a Social Security number. That number, in turn, allows them to apply for a host of benefits. If, however, those children born in the United States were instead considered undocumented, they would not be eligible for those same benefits.

19. The 1996 Personal Responsibility and Work Opportunity Reconciliation Act ("PRWORA") introduced restrictions for federal means-tested benefits programs, including SNAP, TANF, Medicaid, and CHIP, based on immigration status. Under PRWORA, these benefits are available only to citizens and noncitizens with certain immigration statuses, such as lawful permanent residents ("LPRs"), refugees, and asylees. Undocumented noncitizens, those with Temporary Protected Status ("TPS"), Deferred Action for Childhood Arrivals ("DACA") recipients, and those with most visas, including H-1B, U, tourist, and student visas, are generally not eligible.

20. Noncitizens who arrived after PRWORA's enactment must generally wait five years after entering the United States in a qualified status before they are eligible for benefits, with limited exceptions.

21. The Executive Order threatens to undermine the ability of CASA's members to rely on government benefit programs to support their families. For instance, crucial healthcare programs like CHIP, Medicaid, and the ACA provide coverage to citizen children of noncitizen parents, including the children of CASA members. Those programs require disclosure of the citizenship or immigration status *only* of the person for whom the benefits are sought. If a parent is seeking benefits on behalf of only her child, the child is considered the sole applicant and is the only individual who must establish citizenship or eligible immigration status.

22. SNAP provides critical nutrition support for low-income citizen children of CASA's noncitizen members. Although SNAP eligibility is based on the circumstances of all household members, a State may not deny SNAP benefits just because a noncitizen member of the household is ineligible. Instead, the state agency must determine eligibility for any remaining household members seeking assistance. A noncitizen may therefore apply for and receive SNAP benefits on behalf of her minor U.S. citizen children.

23. The same is true of welfare programs like TANF. Although eligibility is based on the circumstances of an entire household, states may elect to have policies that exclude family members who are ineligible because of their immigration status. Some states have adopted "child-only" rules that allow children to receive TANF benefits even if the adults in their household are ineligible.

24. Because of the Executive Order, children born to CASA's noncitizen members will no longer be U.S. citizens and may have no status at all. Many of them will therefore be ineligible for these programs, depriving them and their families of much-needed nutrition and health benefits.

25. CASA provides its members with free remote legal assistance, including free

legal consultations on immigration issues. CASA also operates a comprehensive citizenship initiative, which includes citizenship education, mentoring and interview preparation, application assistance, and post-naturalization support. Among the services provided through this program is eligibility analysis for citizenship, in which CASA members meet with a specialist to complete a prescreening form and discuss their immigration cases. CASA also offers assistance with completing citizenship applications and completing applications for renewing and replacing green cards.

26. If children born to noncitizen parents in the United States cannot obtain American citizenship by birth, they may be left in legal limbo. Other than citizenship by birth, there is no clear path for children born in the United States to noncitizen parents to obtain U.S. citizenship. And such children may not have access to citizenship from any other country.

27. If children born to noncitizen parents in the United States cannot obtain American citizenship by birth, their parents may also face immigration consequences. One basis on which CASA members apply for green cards and eventually for citizenship is that their children are citizens. Eliminating birthright citizenship would also close this pathway to legal immigration status and ultimately citizenship for CASA members. Some CASA members also apply for cancellation of deportation based on a showing that deportation would work an "exceptional and extremely unusual hardship" to their children "who [are] citizen[s] of the United States." 8 U.S.C. § 1229b(b)(1). The end of birthright citizenship would similarly remove this important protection for the parents of children who are no longer considered citizens.

28. CASA has long prioritized the need of its members to obtain proper identification. As mentioned above, CASA's members and their families frequently request CASA's assistance in obtaining a picture identification to prove their identities, which is why CASA members are

offered the opportunity to receive a picture ID when becoming members. Similarly, CASA has long provided assistance to new citizens in obtaining proper government-issued identification. Over the years, we have helped thousands of families with newborns properly secure their birth certificates, apply for a Social Security card or apply for their first US passport. Should this population lose the right to qualify for this type of identification, we anticipate that our members will face many challenges. Foremost among these will be a significant increase in demand for identification documents generated from the consulates and embassies of the countries of origin of those impacted. However, these entities have historically experienced many challenges meeting the existing demand for their services, and some of our most vulnerable members are unwilling or unable to access such services from their countries of origin.

29. Many CASA members have made personal and financial decisions in reliance on the Fourteenth Amendment's guarantee of birthright citizenship. The Executive Order unsettles those expectations. Many CASA members will now have to change their personal goals and will experience anxiety and economic uncertainty about the future of their families. CASA members would be immediately and irreparably harmed. Below are a few illustrative examples of CASA members who face immediate harm from the Executive Order. This declaration describes each member using a pseudonym rather than their legal name.

30. **Marta\*** is a CASA member who lives in Maryland and is currently three months pregnant. Both Marta and the father of her unborn child are undocumented. Marta came to the United States from Guatemala seeking a better future and opportunity. When she found out that she was pregnant, she envisioned the life that her unborn child would have, free from the hardships she experienced in Guatemala. Marta deeply understands how important being a citizen of the United State is, and although she is not currently able to adjust her status in this

country, she took solace from the fact that her child would be born a U.S. citizen. She wants her child to be born happy and healthy, and with the opportunity to access a quality education, and believes that the best chance for her child's future is if her child is considered a U.S. citizen upon birth.

31. **Adelina**[*] is a CASA member living in Maryland who has been in the United States for seven years and is currently six months pregnant. Both Adelina and her partner are currently undocumented. Adelina has one other child, who was born in the United States and is a U.S. citizen. She wants her unborn child to have the same rights and opportunities that she has seen her five-year-old child enjoy in this country. It pains her to think that one of her children will have more benefits than the other, even though they were both born here. She is concerned that if her unborn child is not considered a United States citizen, they will experience significant hardship and not have the same opportunity as their sibling.

32. **Rita*** is a CASA member who lives in Maryland and has been in the United States for five years.   Both Rita and her partner are currently undocumented. Rita is seven months pregnant with her first child and she thanks God that her child will be born here. If her child were born in Rita's home country of Guatemala, they would not have access to a good education, adequate healthcare or other basic services. It would be a struggle just to survive, without any realistic prospect of a brighter future. In light of the Executive Order, Rita fears that her first child will face more hardship, unable to access their full rights as a U.S. citizen.  Rita herself was deeply impacted by the Coronavirus pandemic and she doesn't want her child to go through the pain and struggles that she has endured.  It is important to her that her child is fully recognized as a citizen of the U.S. so they can receive the benefits they deserve.

---

[*] These names are pseudonyms.

33.     **Georgina\*** is a CASA member currently living in Maryland and originally from El Salvador. She is two months pregnant. Georgina has lived in the United States for six years, but neither she nor the father of her unborn child have lawful immigration status. She is a single mother, with very limited financial resources and is fearful that if her unborn child isn't granted the benefits of U.S. citizenship she won't be able to support the baby. Georgina fears that her child will not have access to good food and quality education in the same way her two other children born in the United States will. Georgina is also afraid that her child will be subject to discrimination, because she has seen how noncitizens are treated poorly in this country.

34.     **Andrea\*** is a CASA member originally from Mexico, who lives in Georgia and is currently pregnant, expecting to give birth in late mid-March. Andrea wants her future child to enjoy the full dignity of citizenship in the United States and fears that they will be denied educational opportunities and suffer from a lack of opportunity if they are denied citizenship. Andrea dreams that her children will lead a better life in the United States, a country she has long viewed as a land of opportunity. Andrea is currently in removal proceedings and neither she nor the father of her child have lawful immigration status. As an immigrant, Andrea is looking for a better life for her children, and came here because the United States is a country of opportunity. She is thankful for this country for giving her opportunities that she never would have had in Mexico, and only asks that her children are given the opportunities that they are entitled to by the constitution.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025                                      Respectfully submitted,

_____
George Escobar