# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No.: _____ |

## **DECLARATION OF JUANA**

I, Juana, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a member of CASA and a resident of Montgomery County, MD. I am a native of Colombia.

3. I moved to the United States after fleeing from Colombia. I have a current asylum claim pending.

4. My partner, the father of my unborn child, is also seeking asylum.

5. My 12-year-old daughter is also in the United States. She is a derivative on my petition for asylum.

6. I am currently two months pregnant. I am worried that my child will be born without a country as a result of this Executive Order, since I am afraid to return to Colombia.

7. I want my unborn child to be able to grow up without fear and with a sense of belonging in the United States. The thought that my unborn child could be denied U.S. citizenship and deported to Colombia without me is terrifying.

8. It is important to me that my child is a U.S. citizen so they can have a better quality of life and fully engage with all that the United States has to offer. I want my child to have educational opportunities and to be a good person who serves their country and community. I don't think it makes sense for my child to be denied the benefits of citizenship they deserve once they are born in the U.S.

9. I am worried that participating in this lawsuit as an individual plaintiff will expose me to retaliation by the U.S. government. Specifically, I am concerned that the U.S. government might deny, delay, or interfere with my asylum application because of my participation in this lawsuit.

10. More than anything, I worry that participating in this lawsuit could harm my daughter. I am terrified that she could also face retaliation by the U.S. government if my name were included as part of this lawsuit, especially since she is a derivative on my asylum claim.

11. I do not want to do anything to jeopardize my own ability—and, even more importantly, my daughter's ability—to remain in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21, 2025



Juana