Docusign Envelope ID: E5891FDD-CF46-4220-B985-19A60587DB69

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No.: _____ |

**DECLARATION OF LIZA**

I, Liza, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. My husband, Igor, and I moved to the United States from Russia. We are unable to return to Russia because we fear we will be persecuted. Igor has a pending asylum claim, and is a member of the Asylum Seeker Advocacy Project. I have a student visa, and I am currently pursuing my master's degree.

3. We are expecting a child in May of 2025.

4. When I heard that President Trump signed an Executive Order that would deny my child United States citizenship, my world fell apart. Without U.S. citizenship, my child will be stateless, as I do not feel that we can safely apply for Russian citizenship for our child.

5. The Executive Order basically says that my child is "a nobody." As a stateless child without any immigration status in the United States, my child would have less status than I have.

6. Without U.S. citizenship, I worry that my child will be denied access to healthcare and educational opportunities.

7. I am very worried about the Executive Order. I have even thought that maybe it would be good for the baby to be born prematurely just so that my child will be a United States citizen.

8. I do not want my full name to be part of this lawsuit. I am afraid that if my full name were known, I would face retaliation by the U.S. Government.

9. I also am afraid that if my identity and involvement with this lawsuit were made public, private individuals may try to track me down and do harm to me or my family. I am particularly worried about the safety of my unborn child.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21, 2025

Подписант:

*Liza*

B26A7770B2074AF...

Liza