Docusign Envelope ID: 6787F29A-2BF6-42AC-86EA-B699BECE9981

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No.: _____ |

## DECLARATION OF MARIBEL*

I, Maribel, submit this declaration pursuant to 28 U.S.C. § 1746 and declare under penalties of perjury as follows:

1. I am a CASA member who has lived in the U.S. for 18 years and reside in Maryland.

2. I am currently pregnant, expecting to give birth in July 2025.

3. I currently live with my husband and two young U.S. citizen daughters, who are 14 and 10 years old.

4. I am an immigrant from El Salvador who was born in Guatemala.

5. I am undocumented despite having lived in the U.S. for nearly half my life. My husband is also undocumented.

6. I fear my unborn child will not have the same rights to citizenship as the future child's older sisters, and could even be subject to deportation, separating my family.

7. I am also afraid that my child won't have access to health care, since they won't be eligible for federal benefits.

8. I feel that it is deeply wrong to subject an innocent newborn to such cruelty.

9. I fear using my real name in this case because I am worried about retaliation for my participation, including my potential deportation. I am also worried about potential retaliation against my family.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21.00, 2025                               Respectfully submitted,

                                                         Maribel
                                                         _____
                                                         Maribel