IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Case No.: _____ |

## DECLARATION OF TRINIDAD GARCIA

I, Trinidad Garcia, submit this declaration pursuant to 28 U.S.C. § 1746 and declare under penalties of perjury as follows:

1. I am a member of the Asylum Seeker Advocacy Project ("ASAP"). I joined the organization voluntarily.

2. I currently live in North Carolina.

3. I am currently pregnant and due in August of 2025.

4. My partner and I want our child to receive a U.S. passport and proof of U.S. citizenship as soon as they are born. We are worried because we do not know if the Executive Order will make it impossible for our child to get U.S. citizenship at birth.

5. My partner and I are both from Venezuela, and we have been living in the United States since 2017. We first came to the United States on a tourist visa.

Docusign Envelope ID: EEAC81BA-FE4D-473B-A6EA-0BD6247CC295

6. My partner and I have a pending affirmative asylum application with USCIS, and have not been given an appointment for an interview in our case.

7. We both have work permits, and have been working in their local community.

8. I graduated with a degree in Business Administration in Venezuela, and he worked in human resources before coming to the United States. Upon arriving in the United States, I began to clean homes. I have since started my own home cleaning business.

9. My partner was an environmental engineer in Venezuela, but he now works in the U.S. as a technician to restore stone, tile, and grout in home remodels.

10. My partner and I are worried that there is no way for us to approach the Venezuelan government regarding our child's citizenship because there are no Venezuelan consular services in the United States. We do not want to give our child Venezuelan citizenship, but even if we did, I feel it would be impossible.

11. If our U.S.-born child is not able to get U.S. citizenship at birth, I am very worried that my child will not be a citizen of any country or be able to get important identity documents. I am worried that I will have to apply for asylum for my child, and am confused about what the process would be like. I am worried that I will have to hire someone to help them pay the government for application fees, which could cost my family a significant amount of money.

12. I am scared to use my full name in the lawsuit because I am worried about the possibility of government retaliation if my name is disclosed in this case. I am also scared of individuals in the public learning my name and trying to find me in order to harass me or cause me harm. I am also scared for my child and do not want to jeopardize their privacy by using my full name.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 01/21/2025, 2025

Respectfully submitted,

Firmado por:

_____
Trinidad Garcia