IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA, INC. *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

    *Defendants*.

Case No.: 8:25-cv-00201-DLB
Honorable Deborah L. Boardman

**[PROPOSED] ORDER**

Plaintiffs Juana, Maribel, Trinidad Garcia, Monica, and Liza ("Individual Plaintiffs") filed a motion to proceed under a pseudonym on January 21, 2025. Having considered the factors set out in *James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993), I conclude that Individual Plaintiffs' need for anonymity outweighs the presumption of public openness and the risk of unfairness to the opposing party. Therefore, it is hereby **ORDERED** that Individual Plaintiffs' motion to proceed under a pseudonym is **GRANTED**. No party may use Individual Plaintiffs' real names in court filings. Plaintiffs are also relieved of their duty under Fed. R. Civ. P. 10(a) and Local Rule 102.2(a) to disclose their home addresses in the Complaint.

Ordered this _____ day of _____, 2025.

_____
Honorable Deborah L. Boardman
United States District Judge