**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

CASA, INC. *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

    *Defendants*.

Case No.: 8:25-cv-00201-DLB
Honorable Deborah L. Boardman

## STATEMENT REGARDING COUNSEL'S EFFORTS TO PROVIDE NOTICE TO DEFENDANTS

On January 21, 2025, Plaintiffs filed their complaint and a motion for a temporary restraining order or preliminary injunction seeking injunctive relief against Executive Order entitled "Protecting the Meaning and Value of American Citizenship," which purports to deny recognition of United States citizenship to many children born in the United States to noncitizen parents. As set forth in Plaintiffs' declarations, this Executive Order poses immediate and irreparable harm to the Individual Plaintiffs, the Organizational Plaintiffs' Members, and the children that they will give birth to over the coming weeks and months.

Undersigned Counsel hereby certifies that he immediately undertook efforts to notify counsel for Defendants. First, he left a voicemail for the United States Attorney's Office for the District of Maryland, describing the nature of the case and its posture, providing the case number, and leaving his contact information should the office have any questions. Second, he contacted the United States

Department of Justice's Civil Division by emailing a copy of the complaint, motion, and supporting documents, to leadership of the Civil Division's Federal Programs Branch.

Respectfully submitted this 21th day of January 2025.

*/s/Joseph W. Mead*
Joseph W. Mead (D. Md. 22335)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9765
jm3468@georgetown.edu

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  There is currently no Counsel of Record for Defendants.  I certify that I will serve the foregoing on Defendants.

*/s/ Joseph Mead*
Joseph Mead
