IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al*,<br><br>  Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.<br><br>  Defendants. | Case No. 8:25-cv-00201-DLB |

## NOTICE OF APPEARANCE

Please ENTER the appearance of Assistant United States Attorney Melissa Goldmeier as counsel for Defendants in the instant action.

Respectfully submitted,

Erek L. Barron
United States Attorney

 */s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (Bar number: 18769)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

 */s/*
Melissa E. Goldmeier