IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No. DLB-25-0201 |
| DONALD J. TRUMP, *et al.*, | * | |
| Defendants. | * | |

## ORDER

As stated during the January 23, 2025 status conference, the Court sets the following schedule:

| | |
|---|---|
| January 31, 2025, 12:00 p.m. | Deadline for the defendants' responses to the motion for a temporary restraining order and preliminary injunction, ECF 2, and the motion to proceed under a pseudonym, ECF 3 |
| February 3, 2025, 12:00 p.m. | Deadline for the plaintiffs' replies |
| February 5, 2025, 10:00 a.m. | Motions hearing, Courtroom 4A |

Date: January 23, 2025

Deborah L. Boardman
United States District Judge