IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| CASA Inc., et al., <br><br>        *Plaintiffs*, <br><br>    v. <br><br> Donald J. Trump, et al., <br><br>        *Defendants*. | Case No.: 8:25-cv-00201-DLB <br> Honorable Deborah L. Boardman |

## NOTICE OF APPEARANCE

Please note the appearance of Mary B. McCord as counsel for all Plaintiffs in the above-captioned action.

Respectfully submitted this 23rd day of January 2025.

　　　　　　　　　　　　　　　　　　　*/s/ Mary B. McCord*
　　　　　　　　　　　　　　　　　　　Mary B. McCord (811339)
　　　　　　　　　　　　　　　　　　　INSTITUTE FOR CONSTITUTIONAL
　　　　　　　　　　　　　　　　　　　ADVOCACY AND PROTECTION
　　　　　　　　　　　　　　　　　　　Georgetown University Law Center
　　　　　　　　　　　　　　　　　　　600 New Jersey Ave., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　(202) 661-6607
　　　　　　　　　　　　　　　　　　　mbm7@georgetown.edu

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to all attorneys who have entered an appearance in this matter.

                                                */s/ Mary B. McCord*
                                                Mary B. McCord