UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 8:25-cv-00201-DLB |

## NOTICE OF APPEARANCE

　　Please enter the appearance of R. Charlie Merritt, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in this case.


Dated: January 27, 2025　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　*s/ R. Charlie Merritt*
　　　　　　　　　　　　　　　　　　R. CHARLIE MERRITT
　　　　　　　　　　　　　　　　　　Trial Attorney (VA Bar No. 89400)
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Phone: (202) 616-8098
　　　　　　　　　　　　　　　　　　Fax: (202) 616-8460
　　　　　　　　　　　　　　　　　　Email: robert.c.merritt@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*