UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00201-DLB |

### NOTICE OF APPEARANCE

 Please enter the appearance of Yuri S. Fuchs, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in this case.

Dated: January 27, 2025

          BRETT A. SHUMATE
          Acting Assistant Attorney General
          Civil Division

          ALEXANDER K. HAAS
          Branch Director

          *s/ Yuri S. Fuchs*
          YURI S. FUCHS
          Trial Attorney (CA Bar No. 300379)
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street, NW
          Washington, DC 20005
          Phone: 202-598-3869
          Fax: 202-616-8460
          Email: yuri.s.fuchs@usdoj.gov

          *Attorneys for Defendants*