IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **CASA, INC., et al.** | |
| Plaintiffs, | Case No.: **8:25-cv-00201-DLB** |
| v. | |
| **DONALD J. TRUMP, et al.** | Honorable **Deborah L. Boardman** |
| Defendants. | |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine Courtney*
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609

Ebony M. Thompson
Sara Gross
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, MD 21202

*\* pro hac vice forthcoming*

Pursuant to Local Rule 105.12, Proposed *Amici Curiae* Local Governments and Local Government Officials move for leave to file an amicus brief in support of Plaintiffs' motion for preliminary injunction. In furtherance of the motion, Proposed *Amici* state as follows:

1.  Proposed *amici* are local governments and local government officials representing 72 jurisdictions across 24 states.

2.  They support Plaintiffs' motion for a preliminary injunction because they, too, will be harmed by the Executive Order that is the subject of Plaintiffs' lawsuit.

3.  The proposed brief will assist the Court in its consideration of the pending motion, because local governments face immediate harms from the Order that overlap yet are distinct from the harms individuals, organizations, and states must confront.

4.  Among other things, local governments must manage the administrative confusion that the Order will create. Because many local governments issue birth certificates, they will need to develop new systems to ascertain the citizenship of children born in their local hospitals and within city or county lines.

5.  The Order also forces Proposed *Amici* to develop new protocols for any programs requiring citizenship verification, because traditional birth certificates will no longer suffice as proof of citizenship. Local communities will also contend with the personal impact to their community members, such as restrictions on federally funded health care coverage, child services, and educational benefits.

6.  Counsel for proposed *amici* have conferred with counsel for the parties. Plaintiffs and Defendants both consent to the request for leave to file.

7.  No party's counsel authored this brief in whole or part, and no party or its counsel contributed money to fund the preparation or submission of this brief.

8. A true and correct copy of the proposed brief has been submitted with this motion.

## CONCLUSION

For the foregoing reasons, Proposed Local Government *Amici* respectfully request the Court grant the motion for leave to file the attached brief.

                          Respectfully submitted,

                          Ebony M. Thompson
                          City Solicitor

                          _____/s/_____
                          Ebony M. Thompson
                          City Solicitor
                          Sara Gross (27704)
                          Chief, Affirmative Litigation Division
                          Baltimore City Department of Law
                          100 N. Holliday Street
                          Baltimore, Maryland 21202
                          410.396.3947
                          Sara.Gross@baltimorecity.gov

                          Katherine Courtney*
                          Public Rights Project
                          490 43rd Street, #115
                          Oakland, CA 94609
                          katiec@publicrightsproject.org

                          * *pro hac vice forthcoming*

Dated: January 28, 2025

2

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

> */s/ Sara Gross*
> Ebony M. Thompson
> City Solicitor
> Sara Gross (27704)
> Chief, Affirmative Litigation Division
> Baltimore City Department of Law

Dated: January 28, 2025