IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **CASA, INC., et al.**<br><br>     **Plaintiffs,**<br>**v.**<br><br>**DONALD J. TRUMP, et al.**<br><br>     **Defendants.** | **Case No.: 8:25-cv-00201-DLB**<br><br>**Honorable Deborah L. Boardman** |

**[PROPOSED] ORDER**

Before the Court is the unopposed motion of Local Governments and Local Government Officials for leave to file a brief as *amici curiae* in support of Plaintiffs' Motion for Preliminary Injunction. Good cause appearing therefore, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2025

_____
**HONORABLE DEBORAH L. BOARDMAN**
**UNITED STATES DISTRICT JUDGE**