**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |
|---|---|
| CASA, INC., et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　*Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO PROVIDE REMOTE PUBLIC ACCESS TO COURTROOM AUDIO FOR THE FEBRUARY 5, 2025 HEARING**

Plaintiffs have filed an unopposed motion requesting that the Court provide remote public access to a live audio stream of an oral argument to be held before the Court on February 5, 2025. The Court has considered the motion and has concluded that it should be granted.

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion to Provide Remote Public Access to Courtroom Audio for the February 5, 2025 Hearing is **GRANTED**.

It is further **ORDERED** that the Clerk will take the necessary steps to provide public access to a live audio feed of the proceedings held in this matter on February 5, 2025.

**SO ORDERED**, this _____ day of _____, 2025, at _____.


_____
Honorable Deborah L. Boardman
United States District Judge