IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. et al.,<br>    Plaintiff, | * |
| v. | *   Case No. **8:25-cv-00201-DLB** |
| | * |
| DONALD J. TRUMP et al.,<br>    Defendant. | * |

**MOTION FOR ADMISSION PRO HAC VICE**

I, <u>Sara Gross</u>, am a member in good standing of the bar of this Court. I am moving the admission of <u>Katherine Courtney</u> to appear pro hac vice in this case as counsel for <u>*amici curiae local governments and local government officials*</u>.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| <u>California - 12/7/2021</u> | <u>US District Court for the District of Columbia - 2/5/2024</u> |
| <u>District of Columbia - 6/17/2022</u> | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court <u>0</u> time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co- counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Sara Gross* <br> Signature | */s/ Katherine Courtney* <br> Signature |
| Sara Gross (27704) <br> Printed name and bar number | Katherine Courtney <br> Printed name |
| Baltimore City Department of Law <br> Office name | Public Rights Project <br> Office name |
| 100 N. Holliday Street, Baltimore, MD 21202 <br> Address | 490 43rd Street, Unit 115, Oakland, CA 94609 <br> Address |
| 410-396-3947 <br> Telephone number | (510) 214-6960 <br> Telephone number |
| <br> Fax Number | <br> Fax Number |
| sara.gross@baltimorecity.gov <br> Email Address | katiec@publicrightsproject.org <br> Email Address |