# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CASA, INC., *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Case No. 8:25-cv-00201-DLB |

## <u>DEFENDANTS' RESPONSE TO INDIVIDUAL PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM</u>

Pending before this Court is the Individual Plaintiffs' Motion to Proceed Under A Pseudonym, ECF No. 3, filed on January 21, 2025. At this time, Defendants do not oppose the Individual Plaintiffs' motion, provided that Plaintiffs provide the identities of those individuals on request if necessary to permit Defendants to fully defend this case. Defendants also reserve the right to request at a future date that the Court enter a protective order, or to move to unseal portions of the sealed declaration should the need arise.

Dated: January 31, 2025

        BRETT A. SHUMATE
        Acting Assistant Attorney General
        Civil Division

        EREK L. BARRON
        United States Attorney

        ALEXANDER K. HAAS
        Branch Director

        BRAD P. ROSENBERG
        Special Counsel

*s/ Yuri S. Fuchs*

R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

MELISSA E. GOLDMEIER (Bar number: 18769)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

*Attorneys for Defendants*