IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA, Inc. et al.       *

**Plaintiff,**

                        *

v.                              Case No. 8:25-cv-00201-DLB

Donald J. Trump, et al. *

**Defendant.**          *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Immigration Reform Law Institute as amicus

I certify that I am admitted to practice in this Court.

1/31/2025
Date

Signature

/s/ Daniel Stein, #15728
Printed name and bar number

25 Massachusetts Ave, NW Ste 330, Washington DC 20001
Address

dstein@fairus.org
Email address

202-674-5314
Telephone number

202-328-8623
Fax number