# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Case No. 8:25-cv-00201-DLB<br><br>Honorable Deborah L. Boardman |

## [PROPOSED] ORDER

　　Before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion for injunctive relief. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DEBORAH L. BOARDMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE