# COMMENTARIES

## ON THE

# LAWS

## OF

# ENGLAND.

## BOOK THE FIRST.

BY

WILLIAM BLACKSTONE, Esq.

VINERIAN PROFESSOR OF LAW,

AND

SOLICITOR GENERAL TO HER MAJESTY.

OXFORD,

PRINTED AT THE CLARENDON PRESS.

M. DCC. LXV.

CHAPTER THE TENTH.

OF THE PEOPLE, WHETHER ALIENS, DENIZENS, OR NATIVES.

HAVING, in the eight preceding chapters, treated of perfons as they ftand in the public relations of *magiftrates*, I now proceed to confider fuch perfons as fall under the denomination of the *people*. And herein all the inferior and fubordinate magiftrates, treated of in the laft chapter, are included.

THE firft and moft obvious divifion of the people is into aliens and natural-born fubjects. Natural-born fubjects are fuch as are born within the dominions of the crown of England, that is, within the ligeance, or as it is generally called, the allegiance of the king; and aliens, fuch as are born out of it. Allegiance is the tie, or *ligamen*, which binds the fubject to the king, in return for that protection which the king affords the fubject. The thing itfelf, or fubftantial part of it, is founded in reafon and the nature of government; the name and the form are derived to us from our Gothic anceftors. Under the feodal fyftem, every owner of lands held them in fubjection to fome fuperior or lord, from whom or whofe anceftors the tenant or vafal had received them: and there was a mutual truft or confidence fubfifting between the lord and vafal, that the lord fhould protect the vafal in the enjoyment of the territory he had granted him, and, on the

other

other hand, that the vaſal ſhould be faithful to the lord and defend him againſt all his enemies. This obligation on the part of the vaſal was called his *fidelitas* or fealty; and an oath of fealty was required, by the feodal law, to be taken by all tenants to their landlord, which is couched in almoſt the ſame terms as our antient oath of allegiance[a]: except that in the uſual oath of fealty there was frequently a ſaving or exception of the faith due to a ſuperior lord by name, under whom the landlord himſelf was perhaps only a tenant or vaſal. But when the acknowlegement was made to the abſolute ſuperior himſelf, who was vaſal to no man; it was no longer called the oath of fealty, but the oath of allegiance; and therein the tenant ſwore to bear faith to his ſovereign lord, in oppoſition to all men, without any ſaving or exception: "*contra omnes homines fidelitatem fecit*[b]." Land held by this exalted ſpecies of fealty was called *feudum ligium*, a liege fee; the vaſals *homines ligii*, or liege men; and the ſovereign their *dominus ligius*, or liege lord. And when ſovereign princes did homage to each other, for lands held under their reſpective ſovereignties, a diſtinction was always made between *ſimple* homage, which was only an acknowlegement of tenure[c]; and *liege* homage, which included the fealty before-mentioned, and the ſervices conſequent upon it. Thus when Edward III, in 1329, did homage to Philip VI of France, for his ducal dominions on that continent, it was warmly diſputed of what ſpecies the homage was to be, whether *liege* or *ſimple* homage[d]. With us in England, it becoming a ſettled principle of tenure, that *all* lands in the kingdom are holden of the king as their ſovereign and lord paramount, no oath but that of fealty could ever be taken to inferior lords, and the oath of allegiance was neceſſarily confined to the perſon of the king alone. By an eaſy analogy the term of allegiance was ſoon brought to ſignify all other engagements, which are due from ſubjects to their prince, as well as thoſe duties which were ſimply and merely territorial. And the oath of allegiance, as ad-

[a] 2 *Feud.* 5, 6, 7.  
[b] 2 *Feud.* 99.  
[c] 7 Rep. Calvin's caſe. 7.  
[d] 2 Carte. 401. Mod. Un. Hiſt. xxiii. 420.

miniftred for upwards of fix hundred years[e], contained a promife " to be true and faithful to the king and his heirs, and truth and " faith to bear of life and limb and terrene honour, and not to " know or hear of any ill or damage intended him, without de- " fending him therefrom." Upon which fir Matthew Hale[f] makes this remark; that it was fhort and plain, not entangled with long or intricate claufes or declarations, and yet is comprehenfive of the whole duty from the fubject to his fovereign. But, at the revolution, the terms of this oath being thought perhaps to favour too much the notion of non-refiftance, the prefent form was introduced by the convention parliament, which is more general and indeterminate than the former; the fubject only promifing "that he will be faithful and bear *true* allegiance to the king," without mentioning "his heirs," or fpecifying in the leaft wherein that allegiance confifts. The oath of fupremacy is principally calculated as a renuntiation of the pope's pretended authority: and the oath of abjuration, introduced in the reign of king William[g], very amply fupplies the loofe and general texture of the oath of allegiance; it recognizing the right of his majefty, derived under the act of fettlement; engaging to fupport him to the utmoft of the juror's power; promifing to difclofe all traiterous confpiracies againft him; and exprefsly renouncing any claim of the pretender, by name, in as clear and explicit terms as the Englifh language can furnifh. This oath muft be taken by all perfons in any office, truft, or employment; and may be tendered by two juftices of the peace to any perfon, whom they fhall fufpect of difaffection[h]. But the oath of allegiance may be tendered[i] to all perfons above the age of twelve years, whether natives, denizens, or aliens, either in the court-leet of the manor, or in the fheriff's tourn, which is the court-leet of the county.

BUT, befides thefe exprefs engagements, the law alfo holds that there is an implied, original, and virtual allegiance, owing

---

[e] Mirror. *c*. 3. §. 35. Fleta. 3. 16. Britton. *c*. 29. 7 Rep. Calvin's cafe. 6.
[f] 1 Hal. P. C. 63.
[g] Stat. 13 W. III. c. 6.
[h] Stat. 1 Geo. I. c. 13.
[i] 2 Inft. 121. 1 Hal. P. C. 64.

from

from every subject to his sovereign, antecedently to any express promise; and although the subject never swore any faith or allegiance in form. For as the king, by the very descent of the crown, is fully invested with all the rights and bound to all the duties of sovereignty, before his coronation; so the subject is bound to his prince by an intrinsic allegiance, before the superinduction of those outward bonds of oath, homage, and fealty; which were only instituted to remind the subject of this his previous duty, and for the better securing it's performance[k]. The formal profession therefore, or oath of subjection, is nothing more than a declaration in words of what was before implied in law. Which occasions sir Edward Coke very justly to observe[l], that "all subjects are equally bounden to their allegiance, as if "they had taken the oath; because it is written by the finger of "the law in their hearts, and the taking of the corporal oath is "but an outward declaration of the same." The sanction of an oath, it is true, in case of violation of duty, makes the guilt still more accumulated, by superadding perjury to treason; but it does not encrease the civil obligation to loyalty; it only strengthens the *social* tie by uniting it with that of *religion*.

Allegiance, both express and implied, is however distinguished by the law into two sorts or species, the one natural, the other local; the former being also perpetual, the latter temporary. Natural allegiance is such as is due from all men born within the king's dominions immediately upon their birth[m]. For, immediately upon their birth, they are under the king's protection; at a time too, when (during their infancy) they are incapable of protecting themselves. Natural allegiance is therefore a debt of gratitude; which cannot be forfeited, cancelled, or altered, by any change of time, place, or circumstance, nor by any thing but the united concurrence of the legislature[n]. An Englishman who removes to France, or to China, owes the same allegiance to the king of England there as at home, and twenty years

[k] 1 Hal. P. C. 61.
[l] 2 Inst. 121.
[m] 7 Rep. 7.
[n] 2 P. W<sup>ms</sup>. 124.

hence

hence as well as now. For it is a principle of univerſal law [o], that the natural-born ſubject of one prince cannot by any act of his own, no, not by ſwearing allegiance to another, put off or diſcharge his natural allegiance to the former: for this natural allegiance was intrinſic, and primitive, and antecedent to the other; and cannot be deveſted without the concurrent act of that prince to whom it was firſt due. Indeed the natural-born ſubject of one prince, to whom he owes allegiance, may be entangled by ſubjecting himſelf abſolutely to another; but it is his own act that brings him into theſe ſtraits and difficulties, of owing ſervice to two maſters; and it is unreaſonable that, by ſuch voluntary act of his own, he ſhould be able at pleaſure to unlooſe thoſe bands, by which he is connected to his natural prince.

Local allegiance is ſuch as is due from an alien, or ſtranger born, for ſo long time as he continues within the king's dominion and protection [p]: and it ceaſes, the inſtant ſuch ſtranger transfers himſelf from this kingdom to another. Natural allegiance is therefore perpetual, and local temporary only: and that for this reaſon, evidently founded upon the nature of government; that allegiance is a debt due from the ſubject, upon an implied contract with the prince, that ſo long as the one affords protection, ſo long the other will demean himſelf faithfully. As therefore the prince is always under a conſtant tie to protect his natural-born ſubjects, at all times and in all countries, for this reaſon their allegiance due to him is equally univerſal and permanent. But, on the other hand, as the prince affords his protection to an alien, only during his reſidence in this realm, the allegiance of an alien is confined (in point of time) to the duration of ſuch his reſidence, and (in point of locality) to the dominions of the Britiſh empire. From which conſiderations ſir Matthew Hale [q] deduces this conſequence, that, though there be an uſurper of the crown, yet it is treaſon for any ſubject, while the uſurper is in full poſſeſſion of the ſovereignty, to practice any thing againſt his crown and dig-

[o] 1 Hal. P. C. 68.   [q] 1 Hal. P. C. 60.
[p] 7 Rep. 6.

nity: