# Twenty Years of Congress:

## From

## Lincoln to Garfield.

### With a Review of

### The Events Which Led to the Political Revolution of 1860.

By

JAMES G. BLAINE.

VOLUME II.

NORWICH, CONN.:
THE HENRY BILL PUBLISHING COMPANY.
1886.



least four in number. That which most largely engaged popular attention at the outset was the increased representation which the South was to secure by the manumission of the negroes. In the original Constitution only three-fifths of the slaves were permitted to be enumerated in the basis of apportionment. Two-fifths were now added and an increase of political power to the South appeared probable as the somewhat startling result of the civil struggle. There was an obvious injustice in giving to the white men of the South the right to elect representatives in Congress apportioned to their section by reason of the four and a half millions of negroes, who were enumerated in the census but not allowed to exercise any political power. By permitting this, a Confederate soldier who fought to destroy the Union would be endowed with a larger power of control in the National Government than the loyal soldier who fought to maintain the Union. To allow this to be accomplished and permanently incorporated in the working of the Government would be a mere mockery of justice, the utter subversion of fair play between man and man.

Another subject deeply engaging Northern thought was the definition of American citizenship. There was a strong desire to place it on such substantial foundation as should prevent the possibility of sinister interpretation by the Judiciary, and guard it at the same time against different constructions in different States. This was an omission in the original Constitution — so grave an omission, indeed, that the guarantee entitling citizens of each State to the privileges and immunities of citizens of the several States, was in many cases ignored, often indeed defied and destroyed. If we were now to have a broader nationality as the result of our civil struggle, it was apparent to the mass of men, as well as to the publicist and statesman, that citizenship should be placed on unquestionable ground — on ground so plain that the humblest man who should inherit its protection would comprehend the extent and significance of his title.

A third point had taken possession of the popular mind, quickened and intensified as it was by the conflict between the President and Congress. The President, as already stated, had by the lavish use of the pardoning power signalized his change on the subject of Reconstruction. Many of the worst offenders in the Confederate cause had received Executive clemency. Not only had the general mass of rebels been pardoned by the amnesty proclamation of May 29th, but many thousands of the classes excepted in that instrument