# A TREATISE

ON THE

# LAWS GOVERNING

THE

# Exclusion and Expulsion of Aliens

IN THE

# UNITED STATES

BY

## CLEMENT L. BOUVÉ

Of the District of Columbia Bar

Member of the American Society of International Law

YALE LAW LIBRARY

WASHINGTON, D. C.
JOHN BYRNE & CO.
1912

become public charges from causes existing prior to landing; the expiration of the three year period places the alien beyond the reach of the provision.

It is to be noted however, that, although the standing of the alien with regard to the rights which he may exercise after entry is conditional on being allowed to continue to exercise them during the three year period (and to that extent his municipal status under that law might be designated for the sake of convenience as a conditional municipal status) the true ground for his expulsion is not that he is occupying a status subject to termination by the administrative authorities within the designated period, but because, being unlawfully in the United States he is to be deemed as having entered unlawfully and therefore as never having acquired any municipal status whatever.

*The Acquisition of a "municipal status" and a domicile distinguished.*

The term "municipal status" acquired under the immigration laws is in no way to be confused with the acquisition of domicile. An alien, who, whether entering in violation of the Immigration acts, or, after being duly passed by the immigration authorities in the manner provided by law, takes up his residence here with intent to remain has done all that is necessary for the acquisition of a domicile. The only difference is that if the entry is lawful the municipal status is fully established, subject only to termination by the commission of acts subsequent to entry which the law provides shall justify the forfeiture of the domicile lawfully acquired; whereas, if the entry is unlawful the municipal status is not complete except on the expiration of the three year period within which aliens entering in violation of law are subject to deportation on the ground of unlawful entry. Municipal status under the Act of 1907, as amended by the Act of March 26, 1910, when fully acquired by aliens, involves not only the acquisition of a domicile, but of the right to maintain it