# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA, Inc., et al.  *

**Plaintiff,**

*

v.  * Case No. 8:25-cv-00201-DLB

Donald J. Trump, et al.  *

**Defendant.**  *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __State of Tennessee__

I certify that I am admitted to practice in this Court.

2/3/2025

Date

/s/ Cameron T. Norris

Signature

Cameron T. Norris, 21328

Printed name and bar number

1600 Wilson Blvd, Ste. 700, Arlington, VA 22209

Address

cam@consovoymccarthy.com

Email address

(703) 243-9423

Telephone number

Fax number

EntryofAppearanceCivil (08/2015)