IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

## **PLAINTIFFS' NOTICE OF FILING CORRECTED MARIBEL DECLARATION**

Plaintiffs hereby file a corrected declaration on behalf of the individual using the pseudonym Maribel. The corrected declaration provides more specific information about Maribel's immigration status, noting that her husband has applied for a temporary nonimmigration status which would affect her status as undocumented. This corrected information also pertains to paragraph 45 of the Complaint.

Respectfully submitted this February 3, 2025,

| | |
|---|---|
| | */s/Joseph W. Mead* |
| Nicholas Katz, Esq. (D. Md. 21920) | Joseph W. Mead (D. Md. 22335) |
| CASA, INC. | Mary B. McCord (D. Md. 21998) |
| 8151 15th Avenue | Rupa Bhattacharyya* |
| Hyattsville, MD 20783 | William Powell* |
| 240-491-5743 | Alexandra Lichtenstein* |
| nkatz@wearecasa.org | Gregory Briker* |
| | INSTITUTE FOR CONSTITUTIONAL ADVOCACY |
| | AND PROTECTION |
| Conchita Cruz* | Georgetown University Law Center |
| Zachary Manfredi* | 600 New Jersey Ave., N.W. |
| Dorothy Tegeler* | Washington, D.C. 20001 |
| Leidy Perez* | |

ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
dorothy.tegeler@asylumadvocacy.org
leidy.perez@asylumadvocacy.org

Phone: (202) 662-9765
Fax: (202) 661-6730
jm3468@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
whp25@georgetown.edu
arl48@georgetown.edu
gb954@georgetown.edu

*Attorneys for Plaintiffs*

*Admitted pro hac vice.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all counsel of record.

<u>/s/ Joseph W. Mead</u>
Joseph W. Mead