Docusign Envelope ID: 54CEAEE9-BE6B-49E1-AAB8-B6614ECB0530

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA, INC. *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

    *Defendants*.

Case No.: 25-cv-201
Honorable Deborah L. Boardman

## CORRECTED DECLARATION OF MARIBEL

I, Maribel, submit this corrected declaration pursuant to 28 U.S.C. § 1746 and declare under penalties of perjury as follows:

1. I am a CASA member who has lived in the U.S. for 18 years and reside in Maryland.

2. I am currently pregnant, expecting to give birth in July 2025.

3. I currently live with my husband and two young U.S. citizen daughters, who are 14 and 10 years old.

4. I am an immigrant from El Salvador who was born in Guatemala.

5. I have lived in the United States for nearly half of my life and have never had lawful immigration status.

6. My husband currently has an application for a temporary nonimmigration status pending with the federal government. If his application is approved, I would also potentially benefit from the application.

7. There is no possibility that my husband will be able to adjust his status to lawful permanent resident or naturalize to become a United States citizen prior to the birth of our child.

8. I fear my unborn child will not have the same rights to citizenship as the future child's older sisters, and could even be subject to deportation, separating my family.

9. I am also afraid that my child won't have access to health care, since they won't be eligible for federal benefits.

10. I feel that it is deeply wrong to subject an innocent newborn to such cruelty.

11. I fear using my real name in this case because I am worried about retaliation for my participation, including my potential deportation. I am also worried about potential retaliation against my family.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2025                                Respectfully submitted,

                                                       Firmado por:

                                                       *Maribel*
                                                       FF0BF3BD808F475...
                                                       Maribel