UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 8:25-cv-00201-DLB |

## NOTICE OF APPEARANCE

Please enter the appearance of Eric J. Hamilton, U.S. Department of Justice, Civil Division, as counsel for all Defendants in this case.

Dated: February 4, 2025

            BRETT A. SHUMATE
            Acting Assistant Attorney General
            Civil Division

            *s/ Eric J. Hamilton*
            ERIC J. HAMILTON
            (Nebraska Bar No. 25886)
            Deputy Assistant Attorney General
            Civil Division

            U.S. Department of Justice
            Civil Division
            950 Pennsylvania Ave., NW
            Washington, DC 20530
            Phone:  202-514-3301
            Email: eric.hamilton@usdoj.gov

            *Attorneys for Defendants*