

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

| | Catherine M. Stavlas, Clerk of Court |
|---|---|
| Reply to Southern Division Address | David E. Ciambruschini, Chief Deputy |

February 5, 2025

**Rubin Young**
14060 SW 258th Street
Homestead, FL 33032

Re:    Case No. **8:25-cv-00201-DLB**

Dear Counsel/Party:

The Clerk received your Amicus Brief on February 4, 2025; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**
☐  Member of bar has not signed the document.
☐  Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐  Certificate of service not affixed to document.
☐  Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐  Discovery materials should not be filed unless in support of a motion or by court order.
☐  Discovery motion filed contrary to L.R. 104.7.
☐  Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐  Document does not contain original signature.
☐  Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐  Offer of judgment should not be filed with the Court until it has been accepted.  Fed. R. Civ. P. 68.
☒  Other: A proposed amicus brief like you have submitted must be accompanied by a motion to file the amicus brief as Local Rule 105.12, which is available on the Court's website, requires.

_____    February 12, 2025
Deborah L. Boardman                    Date
United States District Judge

cc:  Other counsel/party

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**