FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1153
(8:25-cv-00201-DLB)

_____

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL, c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o CASA, Inc., Individually and as next friend to her future child; TRINIDAD GARCIA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child; MONICA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child; LIZA, c/o Institute for Constitutional Advocacy and Protection, Individually and as next friend to her future child

    Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official capacity as President of the United States; SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o Office of the General Counsel, In their official capacity; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office of the Chief Counsel, In their official capacity; COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the United States

    Defendants - Appellants

------

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00201-DLB |
| Date notice of appeal filed in originating court: | 02/11/2025 |
| Appellants | Donald J. Trump; Secretary of the United States Department of State; Attorney General of the United States; Secretary of the United States Department of Homeland Security; Director of United States Citizenship and Immigration Services; Commissioner of the Social Security Administration; United States of America |
| Appellate Case Number | 25-1153 |
| Case Manager | Emily Borneisen<br>804-916-2704 |