UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
02/14/2025
US POSTAGE $001.53⁰
FIRST-CLASS MAIL
IMI

ZIP 20770
041M11451260

____ FILED         ____ ENTERED
____ LOGGED   JM   ____ RECEIVED

MAR 03 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Rubin Young
14060 SW 258th Street
Homestead, FL 33032

9327000036584223

NIXIE        331    DE 1           0002/27/25
        RETURN TO SENDER
           UNCLAIMED
        UNABLE TO FORWARD
BC: 20770124999     *1787-05943-27-17
20770>1249