


UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND-- GREENBELT DIVISION

CASA, INC.,
ASYLUM SEEKER ADVOCACY PROJECT, INC.,
ET AL.

8:25-cv-00201-DLB

Against

DONALD TRUMP, ET AL.

MARK MARVIN, Petitioner

## NOTICE OF APPEAL

MARK MARVIN, Petitioner under *Branzburg v. Hayes*, (1972, 408 U.S. 665, 696), hereby notices this honorable court of his intention to appeal dismissal of his petition in this matter.

## CERIFICATE OF APPEALABILITY IS PROPER.

Petitioner notes that the court (February 13, 2025 ) is in error in that *Branzburg* specifically permits intervention of right in event of felony. (generic common law ) The citizen's duty (is) to raise the hue and cry and report felonies…." *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664) In this case the plaintiffs purport to represent the interests of children under birth right, but inconsistently support the death of these children by abortion, thereby establishing a conflict of interest disqualifying them from representing the class of children they support the death of.

The court is referred to: F.R.C.P. 24 (1) provides an unconditional right to intervene by statute. However *Branzburg v. Hayes* is a rule of the United States Supreme Court which must be held to have superior authority to a simple rule which the Supreme Court has constitutional authority to supersede or modify at will in the interests of justice.

Therefore intervention is proper and a certificate of appeability is necessary to prevent an injustice to defenseless children.

Local Rule 105.12 is superseded by the authority of the U.S. Supreme Court's own Rule of Law.

Yours,

*[signature: Mark Marvin]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
March 03, 2025

To:
Clerk, U.S. District Court, District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, MD. 20770

CASA, INC., 8151 15th. Avenue, Hyattsville, MD 20528

ASYLUM SEEKER ADVOCACY PROJECT, INC. 228 Park Ave. S. 84810  ?

U.S. Attorney General, Att. Yure Fuchs, for Brett Shumate, Civil Div. Fed. Programs, 1100 L Street, NW, Washington, D.C. 20005

5