## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 03/07/25

- ___ First NOA in Case
- ___ Subsequent NOA-same party
- ✓ Subsequent NOA-new party
- ___ Subsequent NOA-cross appeal
- ___ Paper ROA   ___ Paper Supp.
- Vols: _____
- Other: _____

**District:** Maryland

**Division:** Southern

**Caption:**
Casa, Inc., et al.
v.
Donald J. Trump, et al.

**District Case No.:** DLB 8:25-cv-00201

**4CCA No(s). for any prior NOA:** 25-1153

**4CCA Case Manager:** Emily Borneisen

**Exceptional Circumstances:**   ___ Bail   ✓ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address-Criminal Case:**

**Fee Status:**
- ___ No fee required (USA appeal)
- ___ Appeal fees paid in full
- ✓ Fee not paid

**Criminal Cases:**
- ___ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ✓ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Deborah L. Boardman

**Court Reporter** (list all):
Patricia Klepp
FTR

**Coordinator:**

**Sealed Status** (check all that apply):
- ___ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record transmitted
- ___ Additional sealed record emailed to 4cca-filing
- ___ Paper record or supplement shipped to 4CCA
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ✓ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ___ Assembled electronic record available if requested
- ___ Additional sealed record available if requested
- ___ Paper record or supplement available if requested
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Deputy Clerk:** K. Nader    **Phone:** 410-962-3854    **Date:** 03/10/25

01/2012