# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA, INC., *et al.*,

                *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

                *Defendants*.

Case No. 8:25-cv-00201-DLB

## CONSENT MOTION FOR A 30-DAY EXTENSION OF DEFENDANTS' RESPONSE DEADLINE

Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, through their respective attorneys, respectfully move for a further 30-day extension of their May 23, 2025 deadline to respond to Plaintiffs' Complaint (or until June 23, 2025).  As relevant to this motion, Defendants state:

1.    Plaintiffs' Complaint and Motion for Temporary Restraining Order/Preliminary Injunction were filed on January 21, 2025. ECF Nos. 1-2.

2.    Plaintiffs effectuated service of their Complaint on Defendants on January 22, 2025.

3.    Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to the Complaint was originally due on March 24, 2025.

4.    On February 6, 2025, this Court issued an Order and Opinion granting Plaintiffs' motion for a preliminary injunction, which enjoins the implementation and enforcement of Executive Order 14160, "Protecting the Meaning and Value of American Citizenship" ("Executive

Order" or "EO"). ECF Nos. 65-66.

5.      Defendants subsequently appealed the Court's Order on February 11, 2025 to the United States Court of Appeals for the Fourth Circuit and moved to stay the Court's Order pending appeal. ECF Nos. 69-70.

6.      On February 18, 2025, the Court denied Defendants' motion to stay the preliminary injunction pending appeal. ECF No. 76. The Fourth Circuit then denied Defendants' partial motion to stay the preliminary injunction on February 28, 2025. *See CASA, Inc. et al. v. Trump et al.*, 25-1153, ECF No. 29 (4th Cir. Feb. 28, 2025).

7.      On March 13, 2025, Defendants filed an application for a partial stay of the injunction issued by this Court in the Supreme Court of the United States. Briefing on that application has concluded, but the application remains pending. On April 17, 2025, the Supreme Court scheduled oral argument for the application on May 15, 2025 and deferred consideration of the application pending oral argument. Oral argument has since occurred.

8.      On March 17, 2025, Defendants filed a consent motion for a 30-day extension of their then-pending March 24, 2025 response deadline in light of Defendants' application for a partial stay of the injunction. The Court granted that motion on March 19, 2025. ECF No. 83.

9.      On April 22, 2025, Defendants filed another consent motion for a 30-day extension of their then-pending April 23, 2025 response deadline in light of Defendants' application for a partial stay of the injunction. The Court granted that motion on April 23, 2025. ECF No. 88.

10.     Defendants' current deadline to respond to the Complaint is May 23, 2025.

11.     Given that Defendants' application to the Supreme Court remains pending and that Defendants' deadline to respond to the Complaint is forthcoming, Defendants, with Plaintiffs' consent, seek an additional 30 days to respond to Plaintiffs' Complaint. Defendants submit that it

would not be prudent to spend time and resources responding to the Complaint until the Supreme Court resolves the application and the Fourth Circuit disposes of Defendants' appeal. Defendants therefore seek another short extension of the existing response deadline.

12.    Plaintiffs, through counsel, consent to this relief.

13.    This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

14.    Accordingly, Defendants request a further 30-day extension of the response deadline, or until June 23, 2025.

Dated: May 20, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

MELISSA E. GOLDMEIER (Bar number: 18769)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov

(410) 209-4855

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: May 20, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
Trial Attorney