IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully move the Court under Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure to certify a class of "all children who have been born or will be born in the United States on or after February 19, 2025, who are designated by Executive Order 14,160 to be ineligible for birthright citizenship, and their parents." Plaintiffs further request that the Court designate counsel from the Institute for Constitutional Advocacy and Protection and the Asylum Seeker Advocacy Project as class counsel. As explained in the accompanying memorandum and supported by Plaintiffs' evidence, Plaintiffs meet the requirements for class certification under Rule 23(a), (b)(2), and (g).

Therefore, Plaintiffs ask the Court to Grant Plaintiff's Motion for Class Certification; certify a Rule 23(b)(2) class of "all children who have been born or will be born in the United States on or after February 19, 2025, who are designated by Executive Order 14,160 to be

1

ineligible for birthright citizenship, and their parents;" allow the complaint to proceed on a class-wide basis; and appoint counsel from the Institute for Constitutional Advocacy and Protection and the Asylum Seeker Advocacy Project as class counsel.

Respectfully submitted this June 27, 2025,

| | |
|---|---|
| | /s/Joseph W. Mead |
| Conchita Cruz* | Joseph W. Mead (D. Md. 22335) |
| Jessica Hanson* | Mary B. McCord (D. Md. 21998) |
| Zachary Manfredi* | Rupa Bhattacharyya* |
| Dorothy Tegeler* | William Powell* |
| Leidy Perez* | Alexandra Lichtenstein* |
| Asylum Seeker Advocacy Project | Gregory Briker* |
| 228 Park Ave. S., #84810 | INSTITUTE FOR CONSTITUTIONAL ADVOCACY |
| New York, NY 10003-1502 | AND PROTECTION |
| (646) 600-9910 | Georgetown University Law Center |
| conchita.cruz@asylumadvocacy.org | 600 New Jersey Ave., N.W. |
| jessica.hanson@asylumadvocacy.org | Washington, D.C. 20001 |
| zachary.manfredi@asylumadvocacy.org | Phone: (202) 662-9765 |
| dorothy.tegeler@asylumadvocacy.org | Fax: (202) 661-6730 |
| leidy.perez@asylumadvocacy.org | jm3468@georgetown.edu |
| | mbm7@georgetown.edu |
| | rb1796@georgetown.edu |
| | whp25@georgetown.edu |
| | arl48@georgetown.edu |
| | gb954@georgetown.edu |

*Attorneys for Plaintiffs*

*Admitted pro hac vice.*