Docusign Envelope ID: 778F34E0-7203-4DB6-803E-DCDBA076F5DA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No.: 8:25-cv-00201-DLB |

## DECLARATION OF ANDREA

I, Andrea, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. Because I fear retaliation, and in order to protect the identity of my newborn child, I am using a pseudonym.

3. My child, E.T.P., was born after February 19, 2025, in Georgia.

4. At the time my child was born, I was undocumented and had a case in immigration court where I am pursuing asylum. My husband, the father of my child, was also undocumented at the time of the birth of my child.

5. I want my child to have the full dignity and rights of citizenship, including access to educational opportunities and the benefits to which they are entitled. I want E.T.P. to feel

that the United States, the country where they were born, is a land of opportunity for them and I want them to feel that it is their home, like millions of children born here over the history of the United States have.

6. I understand that I am being asked to serve as a class representative on behalf of other people similarly situated. I am willing to serve as class representative because I think it is important to fight against injustice for everyone.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/19/2025



Andrea