IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Case No.: 8:25-cv-00201-DLB |

### DECLARATION OF JUANA

I, Juana, based on my personal knowledge, hereby submit this declaration under 28 U.S.C. § 1746 and state the following:

1. I submit this sworn declaration in further support of my prior statement in this case.

2. I volunteered to represent the class. I want to bring this lawsuit not only for myself and my baby, but for all the other babies and immigrants who came to this country seeking a better future for their children. That is why I joined the original lawsuit.

3. I want to make sure these children do not face discrimination or have their rights denied.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   24/6/2025



Juana

Phone +1 (877) 731-6332
Email: service@languageconnections.com
Website: www.languageconnections.com

22 Goddard Circle
Brookline, MA 02445

translation | interpreting | training

STATE OF: Massachusetts

COUNTY OF: Suffolk

CERTIFICATE OF ACCURACY

**Magdalena Español**, on behalf of Language Connections, certifies:

1. That our translator(s) are fluent in the **English** and **Spanish** languages.

2. That we have made the attached translation of the below mentioned original document(s) from **Spanish** into **English** and hereby certify that the same is a true and complete translation to the best of our translator(s) knowledge, ability, and belief.

3. Document name:

   - Juana's Declaration; Case No.: 8:25-cv-00201-DLB; Dated: June 24, 2025.

Signature: *Magdalena Español*

Project Manager
6/26/2025