IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　*Defendants*. | Case No.: 8:25-cv-00201-DLB |

### DECLARATION OF MONICA

I, Monica, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a member of the Asylum Seeker Advocacy Project ("ASAP") and I voluntarily joined the organization years ago.

3. I am currently living in South Carolina, where I have resided since 2019.

4. My husband and I are originally from Venezuela, and we both have Temporary Protected Status ("TPS") as well as a pending affirmative asylum application with USCIS. Our TPS is currently still valid – it has not yet expired or been revoked because we are in the 2021 cohort.

5. My husband and I have been in the United States since 2019.

6. We have been married for eight years and together for twelve.

7. I am a trained medical doctor who is seeking to validate my medical degree in the United States. My husband currently works as a plumber.

8. I am pregnant and due in August of 2025. This is my first child. My husband and I are so excited to welcome our baby into the world but, at the same time, we are filled with uncertainty and fear over President Trump's Executive Order that would deny our child U.S. citizenship.

9. The anxiety and stress I feel about the possibility that my child could be denied U.S. citizenship has made my pregnancy more difficult than it otherwise would be. I feel unsure of what will happen and cry frequently. While my husband and I want more children, this Executive Order has made me afraid of bringing more life into this world.

10. I am also worried that it would be next to impossible to get my child Venezuelan citizenship. There is no Venezuelan Consulate in the United States where I could even apply for Venezuelan citizenship for my baby, and we would have to travel outside of the United States to obtain a Venezuelan passport for our child. Since we are asylum seekers, we are not able to travel outside of the United States. If we leave the country, it will mean abandoning our asylum claim in the United States.

11. Because I do not believe my child will be able to receive Venezuelan citizenship, both my husband and I want to get our child a U.S. passport and proof of U.S. citizenship as soon as possible, but now we are worried that because of the Executive Order, our child will not be able to receive U.S. citizenship either.

12. If that happens, we are very concerned that our child will not be a citizen of any country and will be stateless. It would be unjust to bring someone into this world and not even be able to tell them to which country they belong.

13. I want my child to have U.S. citizenship because they will be born here and belong here. As a U.S. citizen, they will have the protection of this country's Constitution and laws and will have access to opportunities that others around the world do not have. Most importantly, as a U.S. citizen, my child can remain safely by my side as my husband and I pursue our asylum claim here. Without U.S. citizenship, my child could be deported and separated from me, so I want to protect my child and keep them by my side. As their mother, if I don't protect them, no one will.

14. For all these reasons, I want my child to have U.S. citizenship. But this case is not about whether I want or don't want U.S. citizenship for my child. Rather, it's about what the Constitution says, and the Constitution says my child has a right to U.S. citizenship. At the end of the day, that's all that matters.

15. I am afraid that the government will retaliate against me, my husband, or my child if our full names are publicly disclosed in this lawsuit because we are suing the government directly and because the government has been so hostile to immigrant litigants. We have pending asylum applications and do not want this lawsuit to affect the decision in our asylum claims. We are also afraid of the public learning our full names. There is a lot of discrimination toward Venezuelans and immigrants in general, and I fear that we may be targeted for participating in this lawsuit.

16. I also want to protect the privacy of my baby who has not been born yet. I am worried that my child will face similar public harassment or discrimination if they are linked to this

lawsuit. I also don't want information about them to be made public before they are even born and want to make sure we as the parents are protecting their privacy throughout this entire process.

17. I understand that I am being asked to serve as a class representative on behalf of other pregnant people in a similar situation to my own. I am willing to serve as a class representative because the rights and safety of my child and many others are at stake.

18. I am also willing to serve as class representative because I understand that other mothers might be too afraid to speak out. These mothers and their babies also deserve a voice, and my child is giving me the courage to speak out on their behalf.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 17, 2025

*Monica*
Monica