IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>  *Defendants*. | Case No.: 8:25-cv-00201-DLB |

**DECLARATION OF JOSEPH MEAD**

I, Joseph Mead, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge and knowledge related to me by my colleagues, to the facts set forth herein.

2. I am Special Litigation Counsel at the Institute for Constitutional Advocacy and Protection at Georgetown University Law Center (ICAP), and I am one of the lawyers for the named Plaintiffs and the putative class members in this case. I submit this Declaration on behalf of ICAP in support of Plaintiffs' Motion for Class Certification.

3. ICAP is an institute based at the Georgetown University Law Center in Washington, D.C. ICAP is composed of experienced litigators and professionals, with a mission to defend U.S. constitutional rights and values. ICAP is prepared to devote considerable and sufficient resources to prosecute this case.

4. ICAP has litigated many broad constitutional and other challenges to federal, state, and local laws and policies across the country and at every level of the federal and state court systems, including class actions and putative class actions, actions with dozens of plaintiffs, and actions seeking facial invalidation of a law. *E.g.*, *Grants Pass v. Johnson*, 603 U.S. 520 (2024) (class action brought by people experiencing homelessness against city law); *Frazier v. Prince George's Cnty., Maryland*, 86 F.4th 537 (4th Cir. 2023) (putative class challenge to unlawful pretrial detention practices); *Soderberg v. Carrion*, 999 F.3d 962 (4th Cir. 2021) (facial challenge to state law restricting dissemination of court recordings); *Barred Business v. Kemp*, 740 F. Supp. 3d 1309 (N.D. Ga. 2024) (facial challenge to state law restricting charitable bail funds); *Oklahoma State Conf. of NAACP v. O'Connor*, 569 F. Supp. 3d 1145, 1148 (W.D. Okla. 2021) (facial challenge to state anti-protest law); *Southeast Synod of the Evangelical Church in America et al. v. Finney et al.*, Case No. 25-684 (M.D. Tenn. 2025) (putative class action seeking invalidation of state law that criminalizes "harboring" undocumented immigrants).

5. ICAP has specific experience challenging federal government immigration-related policies. *E.g., Casa De Maryland, Inc. v. Trump*, 414 F. Supp. 3d 760 (D. Md. 2019) (obtaining preliminary injunction against DHS's Public Charge rule), *rev'd and remanded*, 971 F.3d 220 (4th Cir. 2020), *vacated for rehearing en banc*, 981 F.3d 311 (4th Cir. 2020); *E.B. v. U.S. Dep't of State*, 583 F. Supp. 3d 58 (D.D.C. 2022) (obtaining vacatur of Department of State's Diversity Visa rule); *R.V. et al v. Mnuchin et al.*, Docket No. 8:20-cv-01148 (D. Md. 2020) (challenging, on behalf of a putative class of children, the constitutionality of CARES Act provision that denied children citizens access to federal benefits based on immigration status of their parents); *Mennonite Church USA et al., v. Dep't Homeland Security*, Docket No. 1:25-cv-00403 (D.D.C. 2025) (representing broad coalition of faith-based organizations challenging new DHS policy allowing

immigration enforcement actions in houses of worship and other sacred spaces); *CASA v. Noem*, Case No. 25-1484 (D. Md. 2025) (challenging DHS's termination of TPS for Cameroonians and Afghans).

6. ICAP attorneys are accomplished professionals with considerable background and expertise in litigating constitutional cases and other cases involving government policy. The ICAP attorneys who have been involved with this case collectively have several decades of experience litigating constitutional and civil rights cases. Moreover, the members of this team have spoken and published widely on constitutional law and federal litigation, and teach upper-level law students about constitutional public interest litigation. The following paragraphs provide a brief summary of the qualifications and experience of ICAP lawyers currently working on this case.

7. Mary B. McCord is the Executive Director of ICAP. Ms. McCord co-founded ICAP in 2017 after more than two decades at the U.S. Department of Justice. There, she was an Assistant United States Attorney for the District of Columbia between 1994 and 2014; the Principal Deputy Assistant Attorney General for National Security between 2014 to 2017, and the Acting Assistant Attorney General for National Security between 2016 and 2017. Since co-founding ICAP, Ms. McCord has been involved in litigating and decision-making in every case brought by or defended by ICAP, including each of the cases mentioned in this declaration and every class action brought by ICAP. Ms. McCord clerked for a United States District Court Judge.

8. Rupa Bhattacharyya is the Legal Director of ICAP. Ms. Bhattacharyya has been practicing law, primarily as a litigator, since 1995. Prior to joining ICAP in 2022, Ms. Bhattacharyya held various positions in the federal government, including serving as the Special Master for the September 11th Victim Compensation Fund, as a Director of the Civil Division's Torts Branch (Constitutional and Specialized Tort Litigation Section), and as a Trial Attorney and Senior Trial

Counsel in the Civil Division's Federal Programs Branch at the United States Department of Justice. Ms. Bhattacharyya clerked for a United States District Court Judge.

9. William Powell is senior counsel at ICAP. Mr. Powell has been practicing law since 2019. At ICAP, he has litigated a variety of constitutional challenges to federal and state policies, including in several matters concerning immigration, with significant experience litigating before all three levels of the federal judiciary. Before joining ICAP, Mr. Powell was a Bristow Fellow in the Office of the Solicitor General of the United States at the Department of Justice, where he helped litigate cases in the Supreme Court on behalf of the federal government. He clerked for a United States District Court Judge and a United States Court of Appeals Judge. Before his clerkships, Mr. Powell served as a legal fellow at the Reporters Committee for Freedom of the Press.

10. Alexandra Lichtenstein is counsel at ICAP. Ms. Lichtenstein has been practicing law since 2020. Prior to joining ICAP in 2023, Ms. Lichtenstein worked as an Appellate Litigation Fellow in the Office of the Solicitor General for the District of Columbia, handling appeals and writing amicus briefs on a variety of issues. Ms. Lichtenstein clerked for a United States District Court Judge and a United States Court of Appeals Judge.

11. I have practiced law since 2007, with a primary focus in constitutional litigation in federal courts. I have litigated a large number of constitutional challenges against federal, state, and local laws, including class actions against the federal government on both the plaintiffs' and the defendants' side. Before coming to ICAP, I was a tenured professor who taught civil procedure, administrative law, and other relevant courses. Before that, I was an attorney at the Department of Justice's Federal Program Branch, and served as a law clerk to two federal judges.

12. ICAP is aware of the responsibilities that come with serving as class counsel, and is ready to accept that responsibility and vigorously fight for the rights of all class members. ICAP is not aware of any conflict of interest or other obstacle that would prevent the vigorous and adequate representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 25, 2025

_____
Joseph Mead