IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA, INC. *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

    *Defendants*.

Case No.: 8:25-cv-00201-DLB
Honorable Deborah L. Boardman

### DECLARATION OF ZACHARY MANFREDI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Zachary Manfredi, declare under the penalty of perjury that this declaration is true and correct pursuant to 28 U.S.C. § 1746.

1. I am the Litigation and Advocacy Director at the Asylum Seeker Advocacy Project ("ASAP") and an attorney admitted to practice in the State of California. I submit this declaration to detail my qualifications and my ASAP attorney colleagues' qualifications to serve as class counsel in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the contents of this declaration.

2. ASAP is a national, voluntary membership organization of asylum seekers incorporated as a 501(c)(3) organization in New York, New York. As of June 2025, ASAP has over 700,000 members from more than 175 countries who reside in all 50 U.S. states and several U.S. territories. ASAP works with its members to advocate for a more welcoming United States. As part of that goal, ASAP regularly engages in litigation. I have worked at ASAP as an attorney

since 2019. I oversee ASAP's litigation and directly supervise the Deputy Litigation Director, Jessica Hanson, and ASAP's litigation attorneys and law clerks.

3. At ASAP, I have litigated several immigration-related federal court matters. I have served as putative class counsel in *Tony N. et al. v. U.S. Citizenship and Immigr. Servs.*, No. 21-cv-08742 (N.D. Cal.) (putative class action asserting Administrative Procedure Act ("APA") and mandamus claims), and counsel in *CASA de Maryland, Inc., v. Mayorkas* (formerly *CASA v. Wolf*), No. 20-cv-02118 (D. Md.) (asserting APA and federal statutory claims); *DA v. United States*, No. 20-cv-03082 (N.D. Ill.) (FTCA claims); *AESE v. United States*, Case 2:21-cv-00569 (D.N.M.) (FTCA claims); and *Leticia et ano. v. United States*, No. 22-cv-05727 (E.D.N.Y.) (FTCA claims). I have also worked closely with counsel who represent ASAP as an organizational plaintiff in other major federal litigation, including *Las Americas v. Trump*, No. 3:19-cv-02051 (D. Ore.) (asserting claims under the APA, U.S. Constitution, and other federal statutes), and *ASAP v. Barr*, No. 1:19-cv-06443 (S.D.N.Y.) (asserting U.S. constitutional and statutory claims), and worked closely with class counsel as part of the Steering Committee in *Ms. L. v. U.S. Immigr. and Customs Enfc'mt*, No. 18-cv-00428 (S.D. Cal.) (class action alleging U.S. constitutional claims). I have also been extensively involved in the investigation and preparation of the instant lawsuit.

4. As a law student, I engaged in significant class action practice and worked extensively on two class action lawsuits, *Darweesh et al. v. Trump et al.*, Case 1:17-cv-00480 (E.D.N.Y. filed Jan. 28, 2017) (class habeas), and *Reid v. Donelan*, Case 3:13-cv-30125 (D. Mass. filed Aug. 16, 2013) (class action asserting federal statutory claim). In law school I also worked on other major federal immigration litigation, including *Batalla Vidal v. Baran*, No. 16-cv-04756 (E.D.N.Y.) (class action asserting APA claims).

5. I am a member in good standing of the California bar, have been admitted to the Fourth Circuit Court of Appeals, and have been admitted to practice *pro hac vice* in the federal district courts of the District of Maryland, the Northern District of Illinois, and the District of New Mexico.

6. I hold a J.D. from Yale Law School and a PhD in Rhetoric from the University of California, Berkeley (with specializations in legal history and jurisprudence). I clerked for the Honorable Justice Goodwin Liu of the California Supreme Court from 2018 to 2019.

7. Jessica Hanson is the Deputy Litigation Director at ASAP and is also co-counsel for Plaintiffs and the Proposed Class in this matter. It is my understanding that Ms. Hanson received her J.D. from UCLA School of Law in 2016, and her undergraduate degree from UNC Chapel Hill in 2010. Since 2016 Ms. Hanson has continuously practiced federal civil rights litigation. From 2016-2018 she completed a Skadden Fellowship with the National Immigration Law Center ("NILC"), where she also worked as Staff Attorney from 2022-2023. At NILC, Ms. Hanson litigated numerous immigrants' rights matters in federal court, including serving as or working closely with class counsel in *Batalla-Vidal v. Wolf*, No. 16-cv-4756 (E.D.N.Y.) (class counsel in action asserting APA claims); *Valle del Sol v. Whiting*, No. CV 2:10-cv-01061-PHX-SRB (D. Ariz.) (supported class counsel in action asserting U.S. and state constitutional and federal statutory claims); *Orantes-Hernandez v. Garland*, No. 2:1982-cv-01107 (C.D. Cal.) (class counsel in action enforcing permanent injunction); *Unknown Parties, et al. v. Johnson, et al.*, No. 15-cv-00250 (D. Ariz.) (supported class counsel in action asserting claims under the APA and U.S. Constitution); and *Osoria et al. v. Ducey*, No. 16-cv-03072 (D. Ariz.) (class counsel in action asserting U.S. constitutional claims). From 2018-2021 Ms. Hanson was an associate at Covington & Burling, LLP, where she litigated numerous complex commercial and plaintiff-side insurance

matters and also served as counsel in the following civil rights litigation matters: *A.P.F. et al. v. United States*, No. 20-cv-00065 (D. Ariz.) (FTCA claims on behalf of six families); *City of Los Angeles v. Sessions, et al.*, No. 18-cv-07347 (C.D. Cal.) (APA and constitutional claims); *Romero Najera v. Barr, et al.*, No. 20-cv-00866 (C.D. Cal.) (individual habeas), *Romero Gutierrez v. Barr et al.*, No. 20-cv-00912 (C.D. Cal.) (individual habeas); *Montero Alvizures v. Barr, et al.*, No. 20-cv-00935 (C.D. Cal.) (individual habeas); *Abdelsalam v. Barr, et al.*, No. 20-cv-01461 (C.D. Cal.) (individual habeas).  At Covington, Ms. Hanson also served as counsel in an individual noncitizen's removal proceedings and in civil rights disputes against governmental entities that were settled prior to filing litigation. At ASAP, Ms. Hanson has litigated multiple FTCA and FOIA cases and has counseled other litigators and non-profit organizations on their federal civil rights litigation strategy. Ms. Hanson has also been involved in the investigation and preparation of the instant lawsuit, including extensive communications with putative class members in the English and Spanish languages.  Ms. Hanson is admitted to the state bars of California and Massachusetts; the District Court for the Central District of California; the Second, Fifth, and Ninth Circuit Courts of Appeals; and has been admitted *pro hac vice* in the Eastern District of New York, Southern District of Florida, District of Arizona, District of Hawaii, District of Columbia, and in this Court. Ms. Hanson directly supervises two litigation staff attorneys, Marcela Johnson and Juan Bedoya, who have provided and will continue to provide litigation support for this case.

8. Because of the years of experience in handling immigration and civil rights class actions and individual cases as detailed above, the attorneys handling this case have knowledge of the applicable laws in this area and are qualified, experienced, and generally able to conduct the litigation of this case.

9. ASAP attorneys participated in investigating the facts that gave rise to this litigation and in drafting pleadings and motions, including the Complaint, Motion for Preliminary Injunction, Opposition to the Government's Requests to Stay the Preliminary Injunction, First Amended Complaint, and the Motion for Class Certification. ASAP attorneys are familiar with the issues and are in a position to devote substantial resources to this litigation going forward. ASAP is representing the class *pro bono* and is not receiving reimbursement from the individual Plaintiffs or class members in this case. We will zealously represent the Plaintiffs and the class.

10. I do not anticipate any reason that class members would dispute the adequacy of ASAP's representation, and I am aware of no conflicts of interest between ASAP and any members of the class.

I certify, under the penalty of perjury, that this declaration is true and correct pursuant to 28 U.S.C. § 1746.

DATE: June 25, 2025

_____
Zachary Manfredi
Litigation and Advocacy Director
Asylum Seeker Advocacy Project