# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA, INC. *et al.*,

        *Plaintiffs*,

    v.

DONALD J. TRUMP *et al.*,

        *Defendants*.

Case No.: 8:25-cv-00201-DLB
Honorable Deborah L. Boardman

## [PROPOSED] ORDER CERTIFYING CLASS

Plaintiffs have asked this Court to certify this action as a class action. After reviewing the parties' submissions, the Court concludes that a class of "all children who have been born or will be born in the United States on or after February 19, 2025, who are designated by Executive Order 14,160 to be ineligible for birthright citizenship, and their parents" should be certified under Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure. The Court finds that the class meets all of the prerequisites of Rule 23(a). The Court further finds that defendants have acted on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole under Rule 23(b)(2). Finally, the Court concludes that counsel from the Institute for Constitutional Advocacy and Protection and the Asylum Seeker Advocacy Project are qualified to, and will fairly and adequately, represent the class under Rule 23(g).

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Class Certification is **GRANTED**.

It is further **ORDERED** that a class is **CERTIFIED** of "all children who have been born or will be born in the United States on or after February 19, 2025, who are designated by Executive Order 14,160 to be ineligible for birthright citizenship, and their parents" under Federal Rule of Civil Procedure 23(b)(2).

It is further **ORDERED** that Counsel for the Institute for Constitutional Advocacy and Protection and the Asylum Seeker Advocacy Project are **APPOINTED** as class counsel.

**SO ORDERED**, this _____ day of _____, 2025, at _____.


_____
Honorable Deborah L. Boardman
United States District Judge