# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA, Inc. et al

**Plaintiff,**

v.

Trump et al

**Defendant.**

\* \* \* \*

Case No. 8:25-CV-00201-DLB

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

6/30/2025
Date

*Ama S. Frimpong*
Signature

Ama Frimpong-Houser, 30562
Printed name and bar number

PO Box 7277, Hyattsville, MD 20787
Address

afrimpong@wearecasa.org
Email address

240-485-8844
Telephone number

Fax number