UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00201-DLB |

## NOTICE REGARDING IMPLEMENTATION OF EXECUTIVE ORDER

Pursuant to this Court's Order "directing the defendants to submit in writing by noon on Tuesday, July 1, 2025, their position on what actions the United States may and may not take pursuant to Executive Order 14,160 between now and July 27, 2025," ECF No. 103, Defendants submit as follows:

On June 27, 2025, the Supreme Court granted the following partial stay of this Court's preliminary injunction regarding Executive Order 14160, Protecting the Meaning and Value of American Citizenship[1]:

> The Government's applications to partially stay the preliminary injunctions are granted, but only to the extent that the injunctions are broader than necessary to provide complete relief to each plaintiff with standing to sue. The lower courts shall move expeditiously to ensure that, with respect to each plaintiff, the injunctions comport with this rule and otherwise comply with principles of equity. The injunctions are also stayed to the extent that they prohibit executive agencies from developing and issuing public guidance about the Executive's plans to implement the Executive Order. Consistent with the Solicitor General's representation, § 2 of the Executive Order shall not take effect until 30 days after the date of this opinion. See Tr. of Oral Arg. 55.

---

[1] 90 Fed. Reg. 8449 (Jan. 29, 2025).

*Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631, at *15 (U.S. June 27, 2025).

Under the Supreme Court's stay, July 27, 2025, is the earliest date on which Defendants may begin to apply Executive Order 14160 to persons covered by the order. However, as the Supreme Court recognized, the "Executive Order also provides for a 30-day ramp-up period." *Id.* at *4. The Court's stay thus allows Defendants to immediately begin to "develop[] and issu[e] public guidance about the Executive's plans to implement the Executive Order." *Id.* at *15.

| | |
|---|---|
| Dated: July 1, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | KELLY O. HAYES<br>United States Attorney |
| | ALEXANDER K. HAAS<br>Branch Director |
| | <u>*s/ Brad P. Rosenberg*</u><br>BRAD P. ROSENBERG (D.C. Bar No. 467513)<br>Special Counsel<br>YURI S. FUCHS (CA Bar No. 300379)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: 202-514-3374<br>Email: brad.rosenberg@usdoj.gov |
| | MELISSA E. GOLDMEIER (Bar number: 18769)<br>Assistant U.S. Attorney, District of Maryland<br>36 S. Charles Street, 4th Fl.<br>Baltimore, MD 21201<br>Phone: 410-209-4855<br>Email: melissa.goldmeier@usdoj.gov |
| | *Attorneys for Defendants* |