IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC. *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

**<u>PLAINTIFFS' NOTICE OF SUBSEQUENT DEVELOPMENTS IN *BARBARA V. TRUMP*</u>**

Plaintiffs submit notice of developments in *Barbara v. Trump*, Case No. 25-cv-244 (D.N.H.), a lawsuit that was filed on June 27, 2025. On July 10, 2025, the court provisionally certified a class of:

> All current and future persons who are born on or after February 20, 2025, where (1) that person's mother was unlawfully present in the United States and the person's father was not a United States citizen or lawful permanent resident at the time of said person's birth, or (2) that person's mother's presence in the United States was lawful but temporary, and the person's father was not a United States citizen or lawful permanent resident at the time of said person's birth.

Order Granting Petitioners' Motion for Provisional Class Certification, ECF No. 63 (Exhibit 1). The court also granted a preliminary injunction that prohibits the defendants from "enforcing the Executive Order 'Protecting the Meaning and Value of American Citizenship'" against any member of the class. Order Granting Petitioners' Motion for Classwide Preliminary Injunction, ECF No. 64 (Exhibit 2). The court stayed its preliminary injunction for seven days. The *Barbara v. Trump* opinion persuasively rejects

many of the same arguments advanced by Defendants in this case. *See generally* Opinion and Order Granting Preliminary Injunction and Provisional Class Certification, ECF No. 65 (Exhibit 3).

In its opinion, the court agreed with the plaintiffs in the case that the "grant of [class] certification does not affect other litigation." *Id.* at 26. And the court quoted Newberg's treatise on class actions: "[N]either the filing of a class action nor even the grant of a class certification motion has any formal effect on litigation elsewhere." *Id.* at 27 (quoting Newberg and Rubenstein on Class Actions § 10:33 (6th ed.)).

Plaintiffs respectfully maintain their request that the Court expeditiously rule on their Motion for Class Certification and Motion for Class-wide Preliminary Injunctive Relief.

Respectfully submitted this July 10, 2025,

|  |  |
|---|---|
| | /s/Joseph W. Mead |
| Conchita Cruz* | Joseph W. Mead (D. Md. 22335) |
| Jessica Hanson* | Mary B. McCord (D. Md. 21998) |
| Zachary Manfredi* | Rupa Bhattacharyya* |
| Dorothy Tegeler* | William Powell* |
| Leidy Perez* | Alexandra Lichtenstein* |
| ASYLUM SEEKER ADVOCACY PROJECT | Gregory Briker* |
| 228 Park Ave. S., #84810 | INSTITUTE FOR CONSTITUTIONAL ADVOCACY |
| New York, NY 10003-1502 | AND PROTECTION |
| (646) 600-9910 | Georgetown University Law Center |
| conchita.cruz@asylumadvocacy.org | 600 New Jersey Ave., N.W. |
| zachary.manfredi@asylumadvocacy.org | Washington, D.C. 20001 |
| jessica.hanson@asylumadvocacy.org | Phone: (202) 662-9765 |
| dorothy.tegeler@asylumadvocacy.org | Fax: (202) 661-6730 |
| leidy.perez@asylumadvocacy.org | jm3468@georgetown.edu |
| | mbm7@georgetown.edu |
| | rb1796@georgetown.edu |
| | whp25@georgetown.edu |
| | arl48@georgetown.edu |
| | gb954@georgetown.edu |
| | |
| *Admitted pro hac vice.* | *Attorneys for Plaintiffs* |