UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Case No. 8:25-cv-00201-DLB |

## MOTION TO WITHDRAWAL OF COUNSEL

Please **WITHDRAW** the appearance of Yuri S. Fuchs, as counsel for Defendants in the above-captioned case. Mr. Fuchs is leaving the Department of Justice with his last in-person day being July 11, 2025. Defendants will continue to be represented by attorneys for the Department of Justice who have entered appearances in this case.

Dated: July 11, 2025

        *s/ Yuri S. Fuchs*
        YURI S. FUCHS
        Trial Attorney (CA Bar No. 300379)
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Phone:  202-598-3869
        Fax: 202-616-8460
        Email: yuri.s.fuchs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Dated: July 11, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
