UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

CASA, INC., *et al.*,

        Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

        Defendants.

Case No. 8:25-CV-00291-DLB

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2(b), Whitney D. Hermandorfer of the Office of the Tennessee Attorney General and Reporter respectfully moves to withdraw as *pro hac vice* counsel for *amicus curiae* the State of Tennessee in the above-captioned matter and further requests that she be terminated from the electronic docket. Ms. Hermandorfer is departing her position at the Office of the Tennessee Attorney General effective July 15, 2025, and will no longer be associated with this case. Attorneys Cameron T. Norris and James Matthew Rice, each of whom have previously appeared in this case on behalf of the State of Tennessee, will continue to represent the State of Tennessee.

DATED: July 15, 2025

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

/s/     *Whitney D. Hermandorfer*
Whitney D. Hermandorfer
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Pro Hac Vice Counsel for the State of Tennessee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/   *Whitney D. Hermandorfer*
Whitney D. Hermandorfer
Director of Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*