UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 8:25-CV-00291-DLB |

**PROPOSED ORDER**

Having considered the motion to withdraw Whitney D. Hermandorfer as counsel for the State of Tennessee, IT IS HEREBY ORDERED that the motion is GRANTED and Whitney D. Hermandorfer shall be terminated as counsel of record for the State of Tennessee.

  SO ORDERED.

DATE: _____          _____