IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No. DLB-25-201 |
| DONALD J. TRUMP, *et al.*, | * | |
| Defendants. | * | |

### ORDER

For the reasons stated in the memorandum opinion issued today, it is this 16th day of July, 2025, hereby ORDERED:

1. The Court ISSUES an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1(a)(3), that it would grant the plaintiffs' motion for a class-wide preliminary injunction, ECF 98, if it had jurisdiction to do so;

2. The Court DIRECTS the plaintiffs, pursuant to Federal Rule of Civil Procedure 62.1(b) and Federal Rule of Appellate Procedure 12.1(a), to promptly notify the Clerk of the United States Court of Appeals for the Fourth Circuit of the Court's indicative ruling; and

3. The Court HOLDS IN ABEYANCE the plaintiffs' motion for a class-wide preliminary injunction until further direction from the Fourth Circuit.

Deborah L. Boardman
United States District Judge