UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00201-DLB |

**CONSENT MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO AUGUST 22, 2025**

Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, through their respective attorneys, respectfully move for a 30-day extension of their July 23, 2025 deadline to respond to Plaintiffs' Amended Complaint (or until August 22, 2025). As relevant to this motion, Defendants state:

1. Plaintiffs' Complaint and Motion for Temporary Restraining Order/Preliminary Injunction were filed on January 21, 2025. ECF Nos. 1-2.

2. Plaintiffs effectuated service of their Complaint on Defendants on January 22, 2025.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to the Complaint was originally due on March 24, 2025. On March 17, 2025, Defendants filed a consent motion for extension of time to respond to the Complaint, ECF No. 83, which this Court granted on March 19, 2025. ECF No. 84. Thereafter, Defendants filed three additional consent motions on April 22, 2025, May 20, 2025, and June 18, 2025. ECF Nos. 88, 90 & 94. Each were granted

ultimately resulting in the current July 23, 2025 deadline. ECF Nos. 89, 91, & 95.

4.   Meanwhile, on February 6, 2025, this Court issued an Order and Opinion granting Plaintiffs' motion for a preliminary injunction, which enjoins the implementation and enforcement of Executive Order 14160, "Protecting the Meaning and Value of American Citizenship" ("Executive Order" or "EO").  ECF Nos. 65-66.

5.   Defendants subsequently appealed the Court's Order on February 11, 2025 to the United States Court of Appeals for the Fourth Circuit and moved to stay the Court's Order pending appeal. ECF Nos. 69-70.

6.   On February 18, 2025, the Court denied Defendants' motion to stay the preliminary injunction pending appeal. ECF No. 76. The Fourth Circuit then denied Defendants' partial motion to stay the preliminary injunction on February 28, 2025. *See CASA, Inc. et al. v. Trump et al.*, 25-1153, ECF No. 29 (4th Cir. Feb. 28, 2025).

7.   On March 13, 2025, Defendants filed an application for a partial stay of the injunction issued by this Court in the Supreme Court of the United States. On June 27, 2025, the Supreme Court partially granted Defendants' application for a stay of this Court's preliminary injunction "to the extent that the injunctio[n] [is] broader than necessary to provide complete relief to each plaintiff with standing to sue." *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 at * 15 (U.S. June 27, 2025). In so doing, the Court directed that "lower courts shall move expeditiously to ensure that, with respect to each plaintiff, the injunctions comport with this rule and otherwise comply with principles of equity." *Id.*  The Court also ordered that "[t]he injunctions are . . . stayed to the extent that they prohibit executive agencies from developing and issuing public guidance about the Executive's plans to implement the Executive Order." *Id.*

8.   On June 27, 2025, Plaintiffs amended their complaint, ECF No. 96, filed a motion

to certify a class, ECF No. 97, and an emergency motion for a temporary restraining order and preliminary injunction, ECF No. 98. Each of Plaintiffs' motions are currently pending and/or held in abeyance before the Court. Accordingly, as a result of the Supreme Court's decision and this Court's July 16, 2025 Memorandum Opinion and Order, ECF Nos. 119-20, Defendants seek another short extension of the existing July 23 response deadline in this case. *See* Fed. R. Civ. P. 15(a)(3) (time to respond to amended complaint "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later").

9. Plaintiffs, through counsel, consent to this relief.

10. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

11. Accordingly, Defendants request a further 30-day extension of the response deadline, or until August 22, 2025.

Dated: July 18, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

MELISSA E. GOLDMEIER (Bar number: 18769)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: July 18, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney
