UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00201-DLB |

**JOINT MOTION TO VACATE ORIGINAL INJUNCTION
UPON ISSUANCE OF ANY NEW INJUNCTION**

The Parties jointly move the Court to vacate its February 5, 2025 Preliminary Injunction ("February 5 PI"), ECF No. 66, upon issuance of any new preliminary injunction. The Fourth Circuit has now dismissed the appeal of the Court's February 5 PI without vacating that injunction. *See* ECF No. 124 (Fourth Circuit order dismissing appeal); ECF No. 126 (mandate). Generally, any Supreme Court stay dissolves on the disposition of a pending appeal if certiorari is not sought. If rather than vacating the February 5 PI, the Court instead modifies the existing injunction, it is unclear whether Defendants could still seek appellate court relief from the original injunction or would be limited to relief from the modification. *See, e.g.*, 16 Wright & Miller, Fed. Prac. & Proc. Juris. § 3924.2 (3d ed. 2025). Because Defendants' appeal of the Court's February 5 PI has not been vacated, arguably, stayed portions of the original injunction could spring back into effect if Defendants do not seek certiorari of the Fourth Circuit's dismissal order. To avoid an unnecessary petition for a writ of certiorari, the Parties jointly request that the Court vacate its February 5 PI upon issuance of any new preliminary injunction. The parties further agree that the Court has

jurisdiction to rule on the Plaintiffs' Motion for a Class-wide Preliminary Injunction, ECF No. 98, and the parties respectfully request the Court to rule on the motion expeditiously.

Dated: August 6, 2025

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | /s/ *Joseph W. Mead*<br>William Powell<br>Mary B. McCord<br>Rupa Bhattacharyya |
| KELLY O. HAYES<br>United States Attorney | Joseph W. Mead<br>Alexandra Lichtenstein<br>Gregory Briker |
| ERIC J. HAMILTON<br>Deputy Assistant Attorney General | INSTITUTE FOR CONSTITUTIONAL<br>ADVOCACY AND PROTECTION<br>GEORGETOWN LAW |
| ALEXANDER K. HAAS<br>Branch Director | 600 New Jersey Ave. NW<br>Washington, D.C. 20001<br>Phone: (202) 661-6629 |
| BRAD P. ROSENBERG<br>Special Counsel | Fax: (202) 661-6730<br>whp25@georgetown.edu<br>mbm7@georgetown.edu |
| *s/ Kathleen C. Jacobs*<br>R. CHARLIE MERRITT<br>KATHLEEN C. JACOBS (TX Bar No. 24091154)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone:  202-598-7615<br>Fax: 202-616-8460<br>Email: kathleen.c.jacobs@usdoj.gov | rb1796@georgetown.edu<br>jm3468@georgetown.edu<br>arl48@georgetown.edu<br>gb954@georgetown.edu<br><br>Ama S. Frimpong<br>CASA, INC.<br>8151 15th Avenue<br>Hyattsville, MD 20783<br>afrimpong@wearecasa.org |
| MELISSA E. GOLDMEIER (Bar number: 18769)<br>Assistant U.S. Attorney, District of Maryland<br>36 S. Charles Street, 4th Fl.<br>Baltimore, MD 21201<br>melissa.goldmeier@usdoj.gov<br>(410) 209-4855<br><br>*Attorneys for Defendants* | Conchita Cruz<br>Jessica Hanson<br>Zachary Manfredi<br>Dorothy Tegeler<br>Leidy Perez<br>ASYLUM SEEKER ADVOCACY<br>PROJECT<br>228 Park Ave. S. #84810<br>New York, NY 10003<br>(646) 600-9910<br>conchita.cruz@asylumadvocacy.org<br>jessica.hanson@asylumadvocacy.org<br>zarchary.manfredi@asylumadvocacy.org |

dorothy.tegeler@asylumadvocacy.org
leidy.perez@asylumadvocacy.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: August 6, 2025

                                                 */s/ Kathleen C. Jacobs*
                                                 Kathleen C. Jacobs
                                                 Trial Attorney