IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA, INC., *et al.*, | * | |
|   Plaintiffs, | * | |
| v. | * | Civ. No. DLB-25-201 |
| DONALD J. TRUMP, *et al.*, | * | |
|   Defendants. | * | |

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 7th day of August, 2025, hereby ORDERED:

1. The plaintiffs' motion for class certification, ECF 97, is GRANTED.

2. A class is CERTIFIED under Federal Rule of Civil Procedure 23(b)(2) consisting of:

   Any child who has been born or will be born in the United States after February 19, 2025, (1) whose mother was unlawfully present in the United States and whose father was not a United States citizen or lawful permanent resident at the time of said person's birth, or (2) whose mother's presence in the United States at the time of said person's birth was lawful but temporary and whose father was not a United States citizen or lawful permanent resident at the time of said person's birth.

3. Liza, as next friend to L.B.; Ashley, as next friend to K.K.; Andrea, as next friend to E.T.P.; Niurka, as next friend to L.G.; and Juana, Trinidad Garcia, and Monica, as next friends to their future children, are DESIGNATED as class representatives.

4. Counsel for the Institute for Constitutional Advocacy and Protection and the Asylum Seeker Advocacy Project are APPOINTED as class counsel.

_____
Deborah L. Boardman
United States District Judge