UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>                *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                *Defendants*. | Case No. 8:25-cv-00201-DLB |

**CONSENT MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO OCTOBER 22, 2025**

Defendants, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and with Plaintiffs' consent, respectfully move for a 30-day extension of their September 22, 2025 deadline to respond to Plaintiffs' Amended Complaint, which would have the effect of extending Defendants' response deadline to October 22, 2025. As relevant to this motion, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Amended Complaint was filed on June 27, 2025. *See* ECF No. 96. This Court granted a motion to extend the deadline to respond to that complaint on August 20. *See* ECF No. 137. Pursuant to that order, Defendants' response to the Amended Complaint is currently due on September 22, 2025. *See Id.*

3. As relevant here, this Court granted Plaintiffs' motion for a classwide preliminary injunction on August 7, 2025. *See* ECF No. 131.

4. There are multiple other lawsuits challenging the same Executive Order that is

being challenged in this case. To that end, the Solicitor General of the United States plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Executive Order next Term, but he has not yet determined which case or combination of cases to take to the Court. In light of these and other developments, Defendants seek another short extension of the existing response deadline in this case.

5. Plaintiffs, through counsel, consent to this relief.

6. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

7. Accordingly, Defendants request a further 30-day extension of the response deadline, until October 22, 2025.

Dated: September 19, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

MELISSA E. GOLDMEIER (Bar number: 18769)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: September 19, 2025

                                                  */s/ Kathleen C. Jacobs*
                                                 Kathleen C. Jacobs
                                                 Trial Attorney