FILED: October 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2188
(8:25-cv-00201-DLB)

_____

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL, c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o CASA, Inc., Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; TRINIDAD GARCIA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; MONICA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; LIZA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to L.B.., on behalf of themselves and all others similarly situated; ASHLEY, c/o Asylum Seeker Advocacy Project, individually and as a next friend to K.K., on behalf of themselves and all others similarly situated; MRS. ANDREA, c/o Institute for Constitutional Advocacy and Protection, individually and as next friend to E.T.P., on behalf of themselves and all others similarly situated; NIURKA, c/o Asylum Seeker Advocacy Project, individually and as next friend to her future child, on behalf of themselves and those similarly situated

    Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official capacity as President of the United States; SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o Office of the General Counsel, In their official capacity; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their

official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the United States

                        Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00201-DLB |
| Date notice of appeal filed in originating court: | 10/03/2025 |
| Appellant(s) | DONALD J. TRUMP, c/o Attorney General of the United States, In his official capacity as President of the United States; SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o Office of the General Counsel, In their official capacity; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the United States |
| Appellate Case Number | 25-2188 |
| Case Manager | R. Phillips<br>804-916-2702 |