UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 8:25-cv-00201-DLB |

## ASSENTED-TO MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants respectfully move to stay all district court proceedings in this case. In support thereof, Defendants state:

1.　　This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2.　　Plaintiffs' Amended Complaint was filed on June 27, 2025. *See* ECF No. 96. This Court granted Plaintiffs' motion for a class-wide preliminary injunction August 7, 2025. *See* ECF No. 132. Defendants appealed that injunction on October 3, 2025 to the United States Court of Appeals for the Fourth Circuit. *See* ECF No. 141. That appeal remains pending.

3.　　Because Plaintiffs in this case are currently protected by the class-wide preliminary injunction entered in this case, there is no need for there to be any further proceedings in this case while awaiting the Fourth Circuit's determination on the scope of this Court's preliminary injunction.[1]

---

[1] As relevant here, Plaintiffs are also currently protected by the provisional class certification and preliminary injunction in *"Barbara" v. Trump*, No. 25-cv-244-JL-AJ, ECF Nos. 64, 65, and the preliminary injunction in *State*

4.  For these reasons, Defendants request a stay of all district court proceedings pending the Fourth Circuit's disposition of appeal. A stay would preserve the resources of both the parties and the Court while the Fourth Circuit considers these issues.

5.  Undersigned counsel has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs assent to the motion.

Accordingly, Defendants request that all district court proceedings be stayed pending the Fourth Circuit's disposition of the appeal in this case.

Dated: October 20, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*s/ Kathleen C. Jacobs*
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

---

of Washington v. Trump, 2:25-cv-00127-JCC, ECF No. 114.  Petitions for writs of certiorari have been filed in each of those cases.