**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00201-DLB |

**ORDER**

Defendants have moved to stay all district court proceedings pending the disposition of Defendant's appeal to the Fourth Circuit. Plaintiffs assent to the motion. For good cause shown, Defendants' motion shall be, and hereby is, GRANTED, and all proceedings in this case are hereby STAYED pending the disposition of Defendants' appeal to the Fourth Circuit.

IT IS SO ORDERED this 23rd day of October, 2025.

Deborah L. Boardman
United States District Judge