**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| CASA, INC. *et al.*,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP *et al.*,<br><br>       *Defendants*. | Case No.: 8:25-cv-00201-DLB<br>Honorable Deborah L. Boardman |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to lift stay and to set immediate status conference, ECF 157, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**.

It is further **ORDERED** that the stay of district court proceedings, ECF 146, is **LIFTED**.

It is further **ORDERED** that the parties shall appear for a status conference at [time] on [date].


**SO ORDERED**, this _____ day of _____, 2026, at _____.


_____
Honorable Deborah L. Boardman
United States District Judge

1