FILED: August 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2188
(8:25-cv-00201-DLB)

---

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL, c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o CASA, Inc., Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; TRINIDAD GARCIA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; MONICA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; LIZA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to L.B.., on behalf of themselves and all others similarly situated; ASHLEY, c/o Asylum Seeker Advocacy Project, individually and as a next friend to K.K., on behalf of themselves and all others similarly situated; MRS. ANDREA, c/o Institute for Constitutional Advocacy and Protection, individually and as next friend to E.T.P., on behalf of themselves and all others similarly situated; NIURKA, c/o Asylum Seeker Advocacy Project, individually and as next friend to her future child, on behalf of themselves and those similarly situated

Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official capacity as President of the United States; SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o Office of the General Counsel, In their official capacity; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their

official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the United States

Defendants - Appellants

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk