FILED: August 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2188
(8:25-cv-00201-DLB)

---

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL, c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o CASA, Inc., Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; TRINIDAD GARCIA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; MONICA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to her future child, on behalf of themselves and all others similarly situated; LIZA, c/o Asylum Seeker Advocacy Project, Individually and as next friend to L.B.., on behalf of themselves and all others similarly situated; ASHLEY, c/o Asylum Seeker Advocacy Project, individually and as a next friend to K.K., on behalf of themselves and all others similarly situated; MRS. ANDREA, c/o Institute for Constitutional Advocacy and Protection, individually and as next friend to E.T.P., on behalf of themselves and all others similarly situated; NIURKA, c/o Asylum Seeker Advocacy Project, individually and as next friend to her future child, on behalf of themselves and those similarly situated

Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official capacity as President of the United States; SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o Office of the General Counsel, In their official capacity; DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office

of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the United States

Defendants - Appellants

---

RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*