**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA, INC. *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

*Defendants*.

Case No.: 8:25-cv-00201-DLB

**DECLARATION OF MONICA**

I, Monica, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am one of the plaintiffs who filed this case on January 21, 2025. This Court appointed me as a class representative in this case, as next of friend to my child on August 7, 2025.

3. My child, A.M., was born in the summer of 2025, in South Carolina. A.M. is a member of the certified class in this case.

4. My husband and I are originally from Venezuela. We came to the United States in 2019. We did not have plans at that time to have a child. But we both knew we wanted to someday have a family and children together.

5. My husband I both had Temporary Protected Status ("TPS") until this administration terminated it last year. We both still have pending affirmative asylum applications with USCIS.

6. After living in the United States for over five years, we decided to start a family, and our child, A.M., was born in the summer of 2025 in South Carolina. This is my first child, but I want to have more children in the coming years.

7. On January 21, 2025, President Trump issued an Executive Order that would have denied A.M. U.S. citizenship. After the Supreme Court's recent decision ruling that Executive Order illegal, I thought it was settled that A.M. was, and always would be, a U.S. citizen and that any future children of mine born in the United States would be U.S. citizens.

8. I recently learned that President Trump signed a new Executive Order earlier this month continuing to target birthright citizenship.

9. I learned that the Executive Order directs the government to deny U.S. citizenship to children who were born in the United States if either parent is a "alien enemy."

10. I have read and heard that this government has considered or suspected almost all Venezuelans "alien enemies" because they are supposedly connected to the Tren de Aragua gang.

11. My husband and I are not, and have never been, members of Tren de Aragua. We are not, and have never been, connected with anyone associated with Tren de Aragua.

12. Still, given that this government has deemed many Venezuelans who are not members of Tren de Aragua "alien enemies," I am scared that by simply being Venezuelan my husband and I will be considered "alien enemies" and that the government will try to deny U.S. citizenship to A.M. and any future children who are born in the United States.

13. During my pregnancy with A.M. I felt so much anxiety over the fact that my child could be denied U.S. citizenship under the 2025 Executive Order. The stress made my pregnancy more difficult than it otherwise would have been. This new Executive Order brings me back to all of that stress and anxiety I previously felt.

14. When I heard the news about the new Executive Order, I immediately felt stressed and anxious. I am very concerned that this new Executive Order means that the government could try to deny A.M. U.S. citizenship or proof of U.S. citizenship in the future, or that the government will deny U.S. citizenship to any future children of mine born in the United States.

15. As I explained in my previous declaration, there is no Venezuelan Consulate in the United States, and my husband and I cannot leave the United States since we have active asylum cases here. Without U.S. citizenship, A.M. and our future children born in the United States would be stateless and vulnerable to detention and deportation. The very thought of this makes me deeply frightened and anxious.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 24, 2026

Monica

Monica