**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA, INC. *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

*Defendants*.

Case No.: 8:25-cv-00201-DLB

**DECLARATION OF LIZA**

I, Liza, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am one of the plaintiffs who filed this case on January 21, 2025. This Court appointed me as a class representative in this case, as next of friend to my child, L.B., on August 7, 2025.

3. I came to the United States from Russia in 2023 with a valid student visa. I bought a plane ticket to the United States.

4. When I came to the United States in 2023, I was not pregnant nor did I come for the purpose of having a child in the United States. But I was married and thought my husband and I would eventually start a family.

5. Our child, L.B., was born after February 19, 2025, in Texas. L.B. is a member of the certified class in this case.

6. L.B. is our only child, but I hope to have more children in the future.

7. On January 21, 2025, President Trump issued an Executive Order that would have denied L.B. U.S. citizenship. When the Supreme Court ruled that order unlawful in June 2026, I thought the matter was settled, and that there was no question L.B. and any future children of mine born in the United States would be U.S. citizens.

8. When I heard that President Trump recently signed a new Executive Order continuing to target birthright citizenship, I immediately felt distraught and anxious. I am very nervous and concerned that the new Executive Order means that the government could try to deny L.B. U.S. citizenship in the future, or deny any future children of mine born in the United States U.S. citizenship.

9. I learned that the Executive Order directs the government to deny U.S. citizenship to children who were born in the United States if either parent engaged in a "commercial transaction to purchase or access birthright citizenship." I don't know what a "commercial transaction" could mean. I don't think buying a plane ticket to come to the U.S. should be a commercial transaction under the Order, but I don't know whether the government could interpret it that way to hurt L.B. or any future children we have in the U.S.

10. I also learned that it is unclear whether this new Executive Order is limited to newborns born after the Order was signed, or whether it could impact people in the future, regardless of when they were born.

11. I am very worried about the possibility that L.B. could later be impacted and denied proof of their U.S. citizenship in the future. The fears and anxiety I lived with constantly before the Supreme Court's June 2026 decision have returned, and I worry that if this new Executive

Order goes into effect, the government could deny L.B. a U.S. passport or try to detain or deport them in the future.

12. I am very worried that if my husband and I have another child in the United States, as we hope to, that they will be denied citizenship and the government may try to detain or deport them.

13. As I shared in my previous declaration, without U.S. citizenship, L.B. and any future children of mine born in the United States would be stateless without immigration status. They would be denied access to healthcare, educational opportunities, and the safety that comes with being a U.S. citizen and living in the United States. This possibility makes me feel extremely nervous, anxious, and scared for my child and my family.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 21, 2026

[redacted]

Liza