**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC. *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No.: 8:25-cv-00201-DLB |

**DECLARATION OF JUANA**

I, Juana, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am one of the plaintiffs who filed this case on January 21, 2025. This Court appointed me as a class representative in this case, as next of friend to my child, Y.P.C., on August 7, 2025.

3. I came to the United States from Colombia in 2022. I bought a plane ticket and paid for other transportation as part of my journey to the U.S. I am seeking asylum in the U.S. and have an asylum application pending. My family has been persecuted in Columbia and my husband's brother was murdered there.

4. When I came to the United States, I was not pregnant nor did I come for the purpose of having a child in the United States. I was fleeing violence and was afraid. At the time, I had one child and I hoped I might have another some day.

5. My son, Y.P.C., was born after February 19, 2025, in Maryland. Y.P.C. is a member of the certified class in this case. He is just over a year old now.

6. On January 21, 2025, President Trump issued an Executive Order that would have denied Y.P.C. citizenship. When the Supreme Court ruled that order unlawful in June 2026, I thought the issue was closed, and that there was no question Y.P.C. was a citizen.

7. When I recently learned that President Trump signed a new Executive Order continuing to target birthright citizenship, I felt very, very sad and afraid. Once again, I had to face the fear that my son, even though he was born here in the United States, would not be considered a citizen. I feel fear and anxiety that the government could take my son's rights away.

8. I am very concerned because I learned that the Executive Order is unclear on whether it is limited to newborns born after it was signed, or whether it could impact people in the future like Y.P.C., regardless of when they were born.

9. I learned that the Executive Order directs the government to deny U.S. citizenship to children who were born in the United States if either parent engaged in a "commercial transaction to purchase or access birthright citizenship." I don't know if paying for a plane ticket could be a commercial transaction under the Executive Order. I don't know how the government plans to interpret or apply this provision. I am afraid that the government could use this provision to deny Y.P.C. his citizenship.

10. I also learned that the Executive Order directs the government to deny U.S. citizenship to children where either parent is an "alien enemy." I don't know what "alien enemy" means, or how it would be decided that any person or group of people are an "alien enemy." With the way that the President talks about immigrants these days, I am afraid it could be anybody, including me.

11. The possibility that Y.P.C. could later be impacted and denied proof of his U.S. citizenship in the future is distressing to me. I am afraid that Y.P.C. will not have a country since I am afraid to return to Colombia. I am afraid that he will not be able to obtain a U.S. passport and will not be able to engage with all the U.S. has to offer like a good education, financial stability, and healthcare. I worry that the government could even try to deport Y.P.C. even though he was born here. These possibilities make me feel very sad and anxious for Y.P.C. and our whole family.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 22, 2026

Signed by:
Juana
9F274CFD635E45A...
Juana