**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC. *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No.: 8:25-cv-00201-DLB |

**DECLARATION OF ANDREA**

I, Andrea, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am one of the plaintiffs who filed this case on January 21, 2025. This Court appointed me as a class representative in this case, as next of friend to my child, E.T.P., on August 7, 2025.

3. I came to the United States from Mexico in 2024 after experiencing severe violence in Mexico. I have an application for asylum pending. When I came to the United States, I was not pregnant nor did I come for the purpose of having a child in the United States. I was fleeing violence and was afraid.

4. My child, E.T.P., was born after February 19, 2025, in Georgia. E.T.P. is a member of the certified class in this case.

5. On January 21, 2025, President Trump issued an Executive Order that would have denied E.T.P. citizenship. When the Supreme Court ruled that Order unlawful in June 2026, I felt happy and relieved. I thought there could be no question anymore E.T.P. was a citizen.

6. When I recently learned that President Trump signed a new Executive Order continuing to target birthright citizenship, I felt very worried, disappointed, and afraid. My fears under the prior Executive Order came flooding back. I had never imagined living in this situation, that my U.S.-born baby would not be considered a citizen. I am afraid again that my child will not be able to get a passport. I am afraid he could even be deported. I feel shocked and anxious.

7. I learned that the Executive Order directs the government to deny U.S. citizenship to children where either parent is an "alien enemy." I don't know what "alien enemy" means, or how it would be decided that any person or group of people are an "alien enemy." I am afraid that this Executive Order opens a door to labeling anybody, including me, an "alien enemy," or that I or E.T.P.'s father could be confused with somebody else, and that this would affect E.T.P.

8. This is particularly true because I also learned that it is unclear whether this new Executive Order is limited to newborns born after the Order was signed, or whether it could impact people in the future, regardless of when they were born.

9. The possibility that E.T.P. could be denied citizenship or proof of his U.S. citizenship is highly upsetting to me. I am afraid E.T.P. will not be able to obtain the full dignity and rights of citizenship. I am anxious and afraid that E.T.P. cannot live in peace and security. These possibilities make me feel extremely anxious and scared for my child and my family.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 22, 2026

Firmado por:
EF6B82C4A9084F1...
Andrea