# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

August 25, 2026

**LETTER ORDER**

RE: *CASA, Inc. v. Trump*
DLB-25-201

Dear Counsel:

I have reviewed the plaintiffs' motion for additional classwide preliminary injunctive relief or a classwide temporary restraining order, ECF 168. The government shall respond to the motion for a temporary restraining order by 6:00 p.m. on Wednesday, August 26. The plaintiffs may file a reply by Thursday, August 27 at 12:00 p.m. A hearing on the motion for a temporary restraining order is scheduled for Friday, August 28 at 10 a.m. in Courtroom 4A in the Greenbelt Courthouse.

Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge