**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00201-DLB |

**DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, STAY THE PRELIMARY INJUNCTION PENDING APPEAL**

NOW COMES the Defendants, Donald J. Trump, President of the United States; the Secretary of State; the Attorney General; Secretary of Homeland Security; Director of U.S. Citizenship and Immigration Services; Commissioner of the Social Security Administration; and the United States of America; by and through counsel, and submit this Motion to Dissolve Preliminary Injunction or, in the alternative, Stay the Preliminary Injunction Pending Appeal. For the reasons stated in Defendants' attached Memorandum of Law, which is incorporated herein by reference, the preliminary injunction and corresponding opinion, ECF Nos. 181 & 182, should be dissolved.

Alternatively, pursuant to Federal Rule of Civil Procedure 62, Defendants respectfully move for a stay pending appeal of the preliminary injunction and corresponding opinion, ECF Nos. 181 & 182, which preliminarily enjoins Defendants from implementing and enforcing Executive Order No. 14418, Continuing to Protect the Meaning and Value of American Citizenship against class members. The reasons for this motion are set forth in the accompanying memorandum.

Dated: September 8, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

*s / Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney general
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*(202) 860-8970*

JOSHUA HA
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

KATHLEEN C. JACOBS
Trial Attorney

MELISSA E. GOLDMEIER (Bar number: 18769)
Assistant United States Attorney
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
Phone: 410-209-4800

*Attorneys for Defendants*