**UNITED STATES DISTRICT COURT,**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00201-DLB |

**[PROPOSED] ORDER**

The Court, having reviewed Defendants Motion to Dissolve the Preliminary Injunction or, in the alternative, Stay the Preliminary Injunction Pending Appeal, hereby ORDERS as follows:

The Motion to Dissolve is GRANTED.

The Court DISSOLVES the Preliminary Injunction and corresponding opinion is vacated, ECF Nos. 181 & 182

Ordered this ____ day of ___________________, 2026.

_______________________________
Deborah L. Boardman
United States District Judge