# EXHIBIT 2

# Guidance on *Continuing to Protect the Meaning and Value of American Citizenship* (Executive Order 14418) for the Social Security Administration

*Subject to ongoing discussions within the agency. This plan continues to evolve based on a variety of Operational considerations.

On August 6, 2026, President Donald J. Trump issued Executive Order EO 14418, "Continuing to Protect the Meaning and Value of American Citizenship" (the EO). Section 2 of the EO states:

> *[No] executive department or agency shall issue documents recognizing United States citizenship to, or accept documents issued by State, local, or other governments or authorities purporting to recognize United States citizenship regarding, persons when neither parent of that person is a citizen and any of the following applies:*
>
> *(a) either parent of that person is an alien enemy, defined to include any member of a designated Foreign Terrorist Organization under 8 U.S.C. 1189 or Specially Designated Global Terrorist, consistent with the International Emergency Economic Powers Act, 50 U.S.C. 1701 et seq., and Executive Order 13224 of September 23, 2001 (Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism), as amended;*
> *(b) either parent of that person is a foreign government employee, defined to include:*
> *(i) ambassadors;*
> *(ii) persons employed by a foreign embassy or consulate who are nationals of that foreign country;*
> *(iii) persons employed by a foreign government in an official capacity; and*
> *(iv) persons employed by an international organization that possess international-organization immunity;*
> *(c) either parent of that person engaged in a commercial transaction to purchase or access birthright citizenship for the person, or engaged in fraudulent activity to obtain citizenship, to include:*
> *(i) when the parent(s) of the person engage in a commercial transaction to ensure that the person's mother is present in the United States, or a territory of the United States, to give birth; or*
> *(ii) when the parent(s) engage in a commercial transaction with a surrogate present in the United States, or a territory of the United States, to give birth;*
> *(d) the person is born in a territory or territorial waters of the United States where citizenship is not conferred by Federal statute.*

Section 3(b) of the EO directs the Commissioner of Social Security and certain other agency heads to issue guidance about how they will implement the EO. This document, consistent with the President's direction, provides that guidance for the Social Security Administration (SSA). Because the EO is prospective only, this guidance is prospective only and will become effective upon publication subject to any legal obligations.

**Social Security Numbers**

Social Security Numbers (SSNs) are issued pursuant to the Social Security Act, permitting SSA to maintain accurate wage and earnings information in order to administer Social Security programs. 42 U.S.C. § 405(c)(2)(A), (B). SSNs must be issued to noncitizens who are eligible to work and, therefore, are not recognition of citizenship. 42 U.S.C. § 405(c)(2)(B)(i)(I), (III); *see also* 20 C.F.R. § 422.104(a).

Under the Social Security Act, SSN applicants must provide satisfactory evidence of citizenship or alien status. *See* 42 U.S.C. § 405(c)(2)(B)(ii). With respect to citizenship, an SSN applicant may currently prove U.S. citizenship by providing a birth certificate showing a U.S. place of birth. 20 C.F.R. § 422.107(d). Under the EO, a birth certificate showing a U.S. place of birth will not be sufficient documentary evidence of United States citizenship for persons covered by the EO. To comply with the EO, we will require additional evidence, as described below.

**Enumeration at Birth (EAB)**

SSA's Enumeration at Birth (EAB) program allows parents to apply for SSNs for their newborns as part of the hospital birth registration process, which has eliminated the need for most parents to visit a SSA office in person. All 50 States[1] participate in the EAB program and roughly 99% of original SSNs assigned to newborns are processed through the EAB program. EAB agreements authorize States to collect all pertinent information needed to enumerate a newborn, which States then provide electronically to SSA.

The EAB program is automated; for parents who choose to participate, the EAB system automatically assigns SSNs to newborns as part of the birth registration process. Hospitals collect the data necessary for enumeration and send it to their State agency, which then transmits it to SSA. SSA will continue to operate and fully automate the SSN assignment system, while also making EAB technology and process modifications to align with the EO. By continuing to provide the EAB program as a convenient self-service option to process a child's SSN, SSA expects that only a small portion of parents would choose not to apply for an SSN through EAB and visit a field office.

The modified EAB program will operate as follows:

I. We will continue to receive data files from the States as we do today and reimburse States for records received. The data elements collected and transmitted by the States and jurisdictions to SSA will continue to include:

- child's full name,
- child's date of birth,
- child's place of birth,
- sex code,
- birth certificate number,
- parent(s)' full names,
- parent(s)' SSNs (when provided), and
- mailing address.

II. We will attempt an automated verification of U.S. citizenship using the parental SSNs, if provided, by checking our records for an indication of U.S. citizenship on the parents' SSN records.

III. If the U.S. citizenship of at least one parent is confirmed, we will process the EAB record and issue the SSN.

IV. If U.S. citizenship cannot be confirmed using our own records, we will hold the EAB record. We will then check the data provided by other departments, including the Department of State, Department of Justice, and Department of Homeland Security, to determine whether either parent meets any of the conditions provided in subsections 2(a), 2(b), 2(c) of the EO (referred to hereinafter as the "conditions"). If the data provided to SSA confirms that condition(s) are met, we will notify the parent(s) that we will not issue the SSN and proceed as follows:

---

[1] In addition to all 50 states, the District of Columbia, New York City, Puerto Rico, and the Commonwealth of Northern Mariana Islands also participate in the EAB program.

a. We will provide the parent(s) with notice of which condition(s) were met, except that, due to national security concerns, if the condition met is that provided in section 2(a), we must first receive permission from our interagency partners before providing notice to the parent(s). If such permission is not immediately granted, such notice may be delayed.

b. We will provide the parent(s) with opportunity to submit additional documentation disputing their status. We may share this additional information with our interagency partners.

c. If the totality of available information confirms that no conditions are met, we will process the EAB record and issue the SSN.

V. If the data do not indicate a condition has been met, we will contact the parent(s) for further information, as follows:

a. We will notify the parent(s) at the provided mailing address that we are unable to confirm U.S. citizenship. The notification will also instruct them to use an automated system (such as an online system or a self-service Interactive Voice Response (IVR) system) to provide the information necessary to process the EAB record.

b. After authenticating their identity, the automated system will ask the parent if they are a U.S. citizen. If the parent alleges U.S. citizenship but we are still unable to confirm it by checking our SSN records again, the system will ask them to attest, under penalty of perjury, that they are a U.S. citizen. If they do so, we will process the EAB record and issue the SSN.

c. If the parent alleges neither parent is a U.S. citizen, the automated system will ask the parent to answer, under penalty of perjury, a series of questions to determine whether either parent meets any of the EO conditions. Any misrepresentations made under penalty of perjury could subject the individual to legal liability, including potential federal criminal prosecution. If the parent's answers confirm that no conditions are met, we will process the EAB record and issue the SSN.

VI. If the parent declines to answer the questions or their answers indicate that a condition is met, we will notify the parent(s) that we will not issue the SSN.

After we have issued a child's SSN, if we receive agency data (described in IV above) that indicates a parent met one of the EO conditions at the time of the child's birth and an SSN should not have been issued, we will notify the parent and update our records accordingly. In addition, any misrepresentations made under penalty of perjury could subject the individual to legal liability, including potential federal criminal prosecution.

**In-Office SSN Applications**

SSA will revise its internal manuals to provide that SSA will continue to abide by existing regulatory evidence requirements in 20 CFR § 422.107 for the child (the "applicant"), while also requiring acceptable evidence to prove at least one parent is a U.S. citizen or that none of the EO conditions are met. These instructions would set out steps to be taken where a child's parent(s) do not apply for their child's SSN through EAB, but instead file in person at an SSA field office.

The additional evidentiary requirements a parent must provide are described below:

*Applicant's Parent Alleges U.S. Citizenship*

I. Acceptable additional evidence of U.S. citizenship for the parent will include:

  a. An SSN record which indicates U.S. citizenship or a U.S. place of birth;

  b. Documents conforming to 20 CFR 422.107(d) (such as a US birth certificate or certificate of naturalization); or

  c. Other documents deemed by SSA to be sufficiently reliable to establish that a parent is a U.S. citizen for this purpose. For example, a child's birth certificate that contains the parent's name and the parent's place of birth in the U.S. or territories.

*Neither Parent is a U.S. Citizen*

II. If neither parent is a U.S. citizen, acceptable additional evidence of U.S. citizenship (for the child) will include a signed statement, under penalty of perjury, that neither parent meets any of the EO conditions, which SSA would obtain from a parent after first checking the data described in IV above.

After we have issued a child's SSN, if we receive agency data (described in IV above) that indicates a parent met one of the EO conditions at the time of the child's birth and an SSN should not have been issued, we will notify the parent and update our records accordingly.