# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address — David E. Ciambruschini, Chief Deputy

September 9, 2026

**Vincent D. Ross**
10004 Wurzbach Road
San Antonio, TX 78230-2214

Re: Case No. **8:25-cv-00201-DLB**

Dear Counsel/Party:

The Clerk received your Amicus Curiae: Errors of Law on September 4, 2026; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**

- ☐ Member of bar has not signed the document.
- ☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 104 or 105**

- ☐ Discovery materials should not be filed unless in support of a motion or by court order.
- ☐ Discovery motion filed contrary to L.R. 104.7.
- ☐ Motion to compel filed contrary to L.R. 104.8.

**Noncompliance with L.R. 102 and FRCivP 5**

- ☐ Certificate of service not affixed to document.
- ☐ Certificate of service not dated and/or not signed.

**Miscellaneous**

- ☐ Document does not contain original signature.
- ☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☒ Other: Amicus briefs cannot be filed without leave of court, Loc. R. 105.12(a), and parties seeking to file an amicus brief must follow Loc. R. 105.12(b) and (c). Your document has been returned to you undocketed.

9/10/2026
Deborah L. Boardman — Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)