**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASA, INC. *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP *et al.*,

*Defendants*.

Case No.: 8:25-cv-00201-DLB
Honorable Deborah L. Boardman

# JOINT STATUS REPORT

On August 18, 2026, the Court held a telephonic status conference and directed the parties to file a Joint Status Report on or before September 11, 2026. The parties jointly provide the following update on the status of this case.

There have been several developments since the status conference. Most notably, Plaintiffs filed a motion for a temporary restraining order or preliminary injunction barring enforcement of the President's 2026 Executive Order, ECF 168; the Court held a hearing on that motion and denied it without prejudice, ECF 176; Plaintiffs filed a supplemental complaint, ECF 177; Plaintiffs filed a renewed motion for a temporary restraining order or preliminary injunction, ECF 178; and the Court granted a preliminary injunction, ECF 181, ECF 182.

On September 8, 2026, Defendants filed a motion to dissolve the preliminary injunction, which remains pending. Plaintiffs oppose that motion and intend to file a response.

The parties request that the Court leave in place the stay of Defendants' deadline to respond to the amended complaint. In light of the ongoing litigation with respect to the 2026 Executive

Order, the parties have not yet had an opportunity to discuss a final resolution of the litigation with respect to the 2025 Executive Order.

Respectfully submitted this September 11, 2026,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KELLY O. HAYES
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(DC Bar No. 467513)
Chief Litigation Counsel
KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-514-3374
brad.rosenberg@usdoj.gov

MELISSA E. GOLDMEIER
(Bar number: 18769)
Assistant United States Attorney
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
Phone: 410-209-4800

*Attorneys for Defendants*

*/s/ William Powell*
William Powell*
Mary B. McCord (D. Md. 21998)
Rupa Bhattacharyya*
Alexandra Lichtenstein*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown Law
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 662-9765
Fax: (202) 661-6730
whp25@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
arl48@georgetown.edu

Conchita Cruz*
Jessica Hanson (D. Md. 31903)
Dorothy Tegeler*
Leidy Perez*
Marcela X. Johnson*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 600-9910
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
dorothy.tegeler@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*